# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES

**Case No.:** 3:16-cr-20   **At:** Knoxville, TN - Courtroom 3A   **Date:** February 9, 2016

**Style:** United States of America **vs** Mark Hazelwood (Custody – Present)

**Present Before**: Honorable Bruce Guyton, United States Magistrate Judge

| Mallory Maurer | ECRO Recording | Melissa Haduck |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **U.S. Probation Officer** |

| F M Hamilton, III | Rusty Hardin |
|---|---|
| David Lewen | Andy Drumheller |
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

**Others Present:** USM, CSO

**Proceedings:** Initial Appearance and Arraignment held as to the defendant on an Indictment. Defendant sworn. Defendant present with retained counsel that confirmed their representation of the defendant. Government and defendant agreed to conditions on which the defendant could be released. Court entered Order setting conditions of release. Court set status conference and trial date and reserved setting of further deadlines pending the status conference. Government orally moved to unseal case. Court granted oral motion and unsealed the case in its entirety. Order to follow.

**Dates and Deadlines Set:**

**Status Conference:** 3/8/2016 at 1:30 p.m. before Magistrate Judge Bruce Guyton
**Jury Trial:** 4/11/2016 at 9:30 a.m. before District Judge Amul Thapar

**[X] Defendant released on conditions**   **[] Defendant remanded to custody of Marshal**

**Time:** 11:00 a.m.   **to**   11:20 a.m.