IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-CR-20 |
| | ) | |
| MARK HAZELWOOD, | ) | |
| SCOTT WOMBOLD, | ) | |
| JOHN FREEMAN, | ) | |
| VICKI BORDEN, | ) | (THAPAR / GUYTON) |
| JOHN SPIEWAK, | ) | |
| KATY BIBEE, | ) | |
| HEATHER JONES, and | ) | |
| KAREN MANN, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on December 16, 2016, for a scheduled motion hearing and status conference. Assistant United States Attorneys F.M. Hamilton, III, and David P. Lewen appeared on behalf of the Government. Attorneys Russell Hardin, Jr., Anthony Douglas Drumheller, and Jennifer E. Brevorka represented Defendant Hazelwood. Attorneys Eli Richardson and Robert Platt represented Defendant Wombold. Attorney Roger W. Dickson and Zachary Greene represented Defendant Freeman. Attorneys Joseph E. Costner and Sara Bean Smith appeared on behalf of Defendant Borden. Attorneys James P. Fleisher, Joseph Oehlers, and Michael Rieman represented Defendant Spiewak. Attorney Richard Lewis Tennent appeared for Defendant Bibee. Attorneys Benjamin J. Vernia

1

and Cullen M. Wojcik represented Defendant Jones, and Attorney Jonathan D. Cooper appeared on behalf of Defendant Mann. The Defendants were excused from attending the motion hearing.

The Court heard argument on Defendant Wombold's and Defendant Borden's Motion to Dismiss Counts 11 through 13 on Grounds of Due Process [Doc. 82] and Motion to Dismiss Counts 1-10 of the Superseding Indictment [Doc. 100]. In the following filings, the remaining Defendants have moved to adopt or join in these motions: Defendant John Freeman's Motion to Dismiss Counts 1 and 9 of the Indictment [Doc. 84], Defendant Mark Hazelwood's Motion to Dismiss Counts 1, 8, and 10 of the Indictment [Doc. 85], Defendant John Spiewak's Motion to Join and Adopt Motion to Dismiss Counts 1 Through 10 on Grounds of Due Process [Doc. 86], Katy Bibee's Motion to Join Defendant Wombold's Motion to Dismiss [Doc. 89], Heather Jones's Motion to Join Defendants Wombold and Borden's Motion and Memorandum to Dismiss Counts 1-10 [Doc. 91], [Defendant Mann's] Motion to Join Defendants Wombold and Borden's Motion and Memorandum to Dismiss Counts 1-10 [Doc. 93], and Defendant John Freeman's Motion to Dismiss Counts 1 and 9 of the Superseding Indictment [Doc. 101]. At the hearing, the Government stated that it had no objection to the remaining Defendants joining in the motions to dismiss. Accordingly, the motions [**Docs. 84, 85, 86, 89, 91, 93, and 101**] are **GRANTED**, and Defendants Hazelwood, Freeman, Spiewak, Bibee, Jones, and Mann are permitted to join in the motions [Docs. 82 & 100].

**IT IS SO ORDERED.**

ENTER:

_/ s / Bruce Guyton_
United States Magistrate Judge