# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MARK HAZELWOOD, et al | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  3:16-CR-20 |

| PRESIDING JUDGE<br>Bruce Guyton, U.S. Magistrate Judge | PLAINTIFF'S ATTORNEY<br>F.M. Hamilton, III | DEFENDANT'S ATTORNEY<br>(see minutes) |
|---|---|---|
| TRIAL DATE (S)<br>March 24, 2017 (Motion Hearing) | COURT REPORTER<br>Rebekah Lockwood/ECRO | COURTROOM DEPUTY<br>Mallory Garringer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 3/24/2017 | X | X | Andrew Fisher. |
| 1 | | 3/24/2017 | X | X | Photo of Entrance of Pilot Headquarters. |
| 5 | | 3/24/2017 | X | X | Disc of video of employees in office. |
| 6 | | 3/24/2017 | X | X | Affidavit in Support of Seach Warrant. |
| 7 | | 3/24/2017 | X | X | Photo of Second Entrance |
| 2 | | 3/24/2017 | X | X | Picture of Cubicles. |
| 3 | | 3/24/2017 | X | X | Floorplan of 3rd floor. |
| 8 | | 3/24/2017 | X | X | Video of Office. |
| 9 | | 3/24/2017 | X | X | Photo of Office. |
| 10 | | 3/24/2017 | X | X | Memorandum of Interview. |
| 11 | | 3/24/2017 | X | X | Cell Phone Record. |
| 2A | | 3/24/2017 | X | X | Photo of Cubicle with Marking by AUSA. |
| 3A | | 3/24/2017 | X | X | Floorplan of 3rd Floor with markings by AUSA. |
| W | | 3/24/2017 | | | Jennifer Dalmida, Verizon. |
| W | | 3/24/2017 | | | David Bukowski, FBI. |
| W | | 3/24/2017 | | | Robert Masterson |
| 13 | | 3/24/2017 | X | X | Interview guide. |
| 12 | | 3/24/2017 | X | X | Agent Bukowski's Notes. |
| W | | 3/24/2017 | | | Suzanne Lee, IRS Agent. |
| 15 | | 3/24/2017 | X | X | Sketch by Agent Lee. |
| 14 | | 3/24/2017 | X | X | Document entitled "Interview Inside People". |
| | 16 | | | | (Jones Exhibit) Handwritten notes of Defendant Jones Interview by Agent Lee. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America vs. Mark Hazelwood et al | | | | | CASE NO. 3:16-cr-20 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 4 | | 3/24/2017 | X | X | Memorandum by Agent Lee of Interview. |
| W | | 3/24/2017 | | | Agent Vehec, FBI. |
| | W | 3/24/2017 | | | Kevin Herman (Def. Jones). |
| | W | 3/24/2017 | | | Barbara Yarber (Def. Jones). |
| | W | 3/24/2017 | | | Defendant Heather Jones. (Def. Jones). |
| 17 | | 3/24/2017 | X | X | Affidavit of Heather Jones. |
| | W | 3/24/2017 | | | Defendant James Scott Wombold (Def. Wombold). |
| | 18 | 3/24/2017 | X | X | Sketch of Scott Wombold's Office (Def Wombold) |
| 19 | | 3/24/2017 | ID | ID | FBI Memorandum doc re Scott Wombold. |