# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:16-CR-20-CLC-HBG |
| | ) | |
| MARK HAZELWOOD, et al. | ) | |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND PLEA DEADLINE

Defendants, by and through counsel and pursuant to Federal Rule of Criminal Procedure 45(b), request that the Court extend to July 21, 2017, the deadline for plea agreements. The United States does not oppose this extension.

For good cause and in support of this motion, Defendants state that the Court entered a scheduling order in this case on March 10, 2016. (Doc. 69.) The scheduling order provides that, on January 9, 2017, the United States was to begin a rolling production and identification of (1) documents it intends to introduce in its case-in-chief, (2) "other acts" evidence potentially admissible under Federal Rule of Evidence 404(b), and (3) Jencks Act material and agency interview memoranda associated with case-in-chief witnesses for the United States. (Doc. 69 at 5-7.) The deadline for the United States to complete its rolling production is June 16, 2017. (Id.) Defendants' deadline to enter a plea is June 23, 2017.[1] (Id. at 5, 8.)

Since January 9, 2017, the United States has produced and identified, and Defendants have reviewed and discussed with their counsel, thousands of pages of potential trial exhibits. The United States has not completed its rolling production and, based on representations by the United States, Defendants anticipate receiving, among other materials, a significant number of

---

[1] On April 3, 2017, the Court granted the parties' joint motion to revise the scheduling order with respect to certain disclosure deadlines and hearing dates pertaining to expert witnesses. (Doc. 173.) The revised scheduling order does not affect the United States' rolling production deadline or the plea deadline.

15615219v1 26484-0001

agency interview memoranda relating to potential trial witnesses during the final days of the rolling production period.  Typically, agency interview memoranda contain detailed, highly relevant information about potential witnesses for the United States and, thus, are critical to defense development.  The current schedule affords Defendants and their counsel an insufficient amount of time, only one week between the end of the United States' rolling production and the plea deadline, to review and meaningfully consider the United States' voluminous forthcoming production.  This case is not set for trial until October 24, 2017.  (Doc. 69 at 4, 7.)  Accordingly, extending the plea deadline by one month will not prejudice "the efficient administration of justice and the efficient use of the Court's limited resources."  See United States v. Santos, 2003 WL 21088960 at *2 (E.D. Tenn. May 2, 2003).  The United States has advised Defendants that it does not oppose the extension of the plea deadline sought by this motion.

For the foregoing reasons, Defendants respectfully request that the Court revise the scheduling order by extending the plea agreement deadline to July 21, 2017.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By:   *s/ Zachary H. Greene*
    Roger W. Dickson, Tenn. BPR No. 001933
    Zachary H. Greene, Tenn. BPR No. 024451
1200 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone (423) 756-6600
Roger.Dickson@millermartin.com
Zac.Greene@millermartin.com

Daniel P. Griffin, *pro hac vice*
Eileen H. Rumfelt, *pro hac vice*
2100 Regions Plaza
1180 West Peachtree Street, NW
Atlanta, Georgia 30309
Telephone (404) 962-6100
Danny.Griffin@millermartin.com
Eileen.Rumfelt@millermartin.com

*Attorneys for Defendant John Freeman*

**RUSTY HARDIN & ASSOCIATES LLP**

By:   *s/ Russell Hardin, Jr. (with permission)*
    Russell Hardin, Jr., *pro hac vice*
    Anthony D. Drumheller, *pro hac vice*
    Derek S. Hollingsworth, *pro hac vice*
    Jennifer E. Brevorka, *pro hac vice*
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone (713) 652-9000
rhardin@rustyhardin.com
adrumheller@rustyhardin.com
dhollingsworth@rustyhardin.com
jbrevorka@rustyhardin.com

*Attorneys for Defendant Mark Hazelwood*

3

**BASS, BERRY & SIMS, PLC**

By: *s/ Eli J. Richardson (with permission)*
 Eli J. Richardson, Tenn. BPR No. 023443
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Telephone (615) 742-7825
erichardson@bassberry.com

John E. Kelly, *pro hac vice*
1201 Pennsylvania Avenue, NW, Suite 300
Washington, D.C. 20004
Telephone (202) 827-2953
jkelly@bassberry.com

*Attorneys for Defendant Scott Wombold*


**COSTNER & GREENE**

By: *s/ Joseph E. Costner (with permission)*
 Joseph E. Costner, Tenn. BPR No. 006202
 Sarah Bean Smith, Tenn. BPR No. 031967
315 High Street
Maryville, Tennessee 37804
Telephone (865) 983-7642
joecostner@costnergreene.com
sarahsmith@costnergreene.com

*Attorneys for Defendant Vicki Borden*

**BIESER, GREER & LANDIS LLP**

By: *s/ Joseph C. Oehlers (with permission)*
    James P. Fleisher, *pro hac vice*
    Joseph C. Oehlers, *pro hac vice*
    Michael A. Rieman, *pro hac vice*
6 North Main Street, Suite 400
Dayton, Ohio 45402
Telephone (937) 223-3277
jpf@biesergreer.com
jco@biesergreer.com
mar@biesergreer.com

*Attorneys for Defendant John Spiewak*

**BELL, TENNENT & FROGGE, PLLC**

By: *s/ Richard Tennent (with permission)*
    Richard Tennent, Tenn. BPR No. 016931
    Jodie Bell, Tenn. BPR No. 018336
Bank of America Plaza, Suite 904
Nashville, Tennessee 37219
Telephone (615) 244-1110
richard@btflaw.com
jodie@btflaw.com

*Attorneys for Defendant Katy Bibee*

**THE VERNIA LAW FIRM**

By: *s/ Ben Vernia (with permission)*
    Ben Vernia, *pro hac vice*
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20004
Telephone (202) 349-4053
bvernia@vernialaw.com

**LAW OFFICE OF CULLEN M. WOJCIK**

Cullen M. Wojcik, Tenn. BPR No. 030564
422 South Gay Street, Suite 302
Knoxville, Tennessee 37902
Telephone (865) 255-6818
wojciklaw@gmail.com

*Attorneys for Defendant Heather Jones*


**WHITT, COOPER, TRANT & HEDRICK**

By: *s/ Jonathan D. Cooper (with permission)*
    Jonathan D. Cooper, Tenn. BPR No. 016041
607 Market Street, Suite 1100
Knoxville, Tennessee 37902
Telephone (865) 524-8106
cooper@knoxdefense.com

**OBERMAN & RICE**

Sarah Compher-Rice, Tenn. BPR No. 022050
550 Main Street, Suite 730
Knoxville, Tennessee 37902
Telephone (865) 249-7200
sara@tndui.com

*Attorneys for Defendant Karen Mann*

6

## CERTIFICATE OF SERVICE

  I certify that this document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

             **MILLER & MARTIN PLLC**

             By:  *s/ Zachary H. Greene*