UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:16-cr-20 |
| v. | ) | Judges Collier/Guyton |
| | ) | |
| MARK HAZELWOOD, et al. | ) | |

___

SUPPLEMENT TO UNITED STATES' MOTION TO QUASH (R. 299) DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE TO PILOT FLYING J & PILOT TRAVEL CENTERS LLC (R. 294) AND STEPTOE & JOHNSON LLP (R. 294-1)
___

The United States respectfully supplements its Motion to Quash. (R. 299). In its Motion to Quash (R. 299) the United States said: "The Subpoenas also command the production of numerous other "reports," "memoranda," "correspondence," and "communications" "based on the subject matters" or "involve[d] or relat[ed] to the subject matters discussed" during the interviews of the persons named in the 34-person and the 23-person list." (*Id.* at 2). That quoted language pertained to Defendants' originally issued subpoena on October 16, 2017. (R. 268). However, Defendants' newest subpoenas (R. 294 and 294-1) omitted the demand for "reports," "correspondence," and "communications" "based on the subject matters" or "involve[d] or relate[d] to the subject matters discussed" during the interviews of the persons named in the . . . 23-person list."

Since Defendants no longer seek to subpoena the aforementioned items in their most recent subpoenas (R. 294 and 294-1), the United States' Motion to Quash (R. 299) should also exclude those same aforementioned items from its Motion to Quash. The United States' Motion to Quash (R. 299) stands in all other respects.

1

Respectfully submitted,

NANCY STALLARD HARR
UNITED STATES ATTORNEY

BY: *s/Francis M. Hamilton III*
_____
Francis M. Hamilton III
David P. Lewen, Jr.
Assistant United States Attorneys
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Telephone: (865) 545-4167

CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2017, a copy of the foregoing SUPPLEMENT TO THE UNITED STATES' MOTION TO QUASH (R. 299) DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE TO PILOT FLYING J & PILOT TRAVEL CENTERS LLC (R. 294) AND STEPTOE & JOHNSON LLP (R. 294-1) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and e-mail. Parties may access this filing through the Court's electronic filing system.

*s/Francis M. Hamilton III*
_____
Francis M. Hamilton III
David P. Lewen, Jr.
Assistant United States Attorneys
United States Attorney's Office
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Telephone: (856) 545-4167