UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:16-CR-20 |
| ) | |
| MARK HAZELWOOD ) | Judge Collier |
| SCOTT WOMBOLD ) | |
| HEATHER JONES ) | |
| KAREN MANN ) | |

# VERDICT FORM

## COUNT ONE

**Question 1:** We, the Jury, unanimously find Mark Hazelwood (*is*/*is not*) **IS** guilty of conspiracy to commit mail fraud and wire fraud, as charged in Count One of the Indictment.

**Question 2:** We, the Jury, unanimously find Scott Wombold (*is*/*is not*) **IS not** guilty of conspiracy to commit mail fraud and wire fraud, as charged in Count One of the Indictment.

**Question 3:** We, the Jury, unanimously find Heather Jones (*is*/*is not*) **IS** guilty of conspiracy to commit mail fraud and wire fraud, as charged in Count One of the Indictment.

**Question 4:** We, the Jury, unanimously find Karen Mann (*is*/*is not*) **IS not** guilty of conspiracy to commit mail fraud and wire fraud, as charged in Count One of the Indictment.

1

## COUNTS TWO THROUGH SIX, EIGHT, AND TEN

**Question 5:** We, the Jury, unanimously find Scott Wombold (*is/is not*) **is** guilty of wire fraud on February 11, 2011, as charged in Count Two of the Indictment.

**Question 6:** We, the Jury, unanimously find Scott Wombold (*is/is not*) **is not** guilty of wire fraud on March 11, 2011, as charged in Count Three of the Indictment.

**Question 7:** We, the Jury, unanimously find Heather Jones (*is/is not*) **is not** guilty of wire fraud on March 11, 2011, as charged in Count Three of the Indictment.

**Question 8:** We, the Jury, unanimously find Scott Wombold (*is/is not*) **is not** guilty of wire fraud on March 17, 2011, as charged in Count Four of the Indictment.

**Question 9:** We, the Jury, unanimously find Heather Jones (*is/is not*) **is not** guilty of wire fraud on March 17, 2011, as charged in Count Four of the Indictment.

**Question 10:** We, the Jury, unanimously find Heather Jones (*is/is not*) **is not** guilty of wire fraud on January 11, 2012, as charged in Count Five of the Indictment.

**Question 11:** We, the Jury, unanimously find Heather Jones (*is/is not*) **is not** guilty of wire fraud on January 13, 2012, as charged in Count Six of the Indictment.

**Question 12:** We, the Jury, unanimously find Mark Hazelwood (*is/is not*) **is** guilty of wire fraud on February 20, 2013, as charged in Count Eight of the Indictment.

**Question 13:** We, the Jury, unanimously find Mark Hazelwood (*is/is not*) **is not** guilty of wire fraud on February 20, 2013, as charged in Count Ten of the Indictment.

## COUNTS ELEVEN THROUGH THIRTEEN

**Question 14:** We, the Jury, unanimously find Scott Wombold (*is/is not*) is not guilty of making false statements on April 15, 2013, as charged in Count Eleven of the Indictment.

**Question 15:** We, the Jury, unanimously find Scott Wombold (*is/is not*) is not guilty of making false statements on April 15, 2013, as charged in Count Twelve of the Indictment.

**Question 16:** We, the Jury, unanimously find Scott Wombold (*is/is not*) is not guilty of making false statements on April 15, 2013, as charged in Count Thirteen of the Indictment.

## COUNT FOURTEEN

**Question 17:** We, the Jury, unanimously find Mark Hazelwood (*is/is not*) is guilty of witness tampering on June 9, 2014, as charged in Count Fourteen of the Indictment.



2/15/18
Date

3

Case 3:16-cr-00020-CLC-HBG   Document 484   Filed 02/15/18   Page 3 of 3   PageID #: 12378