UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:16-CR-20 |
| MARK HAZELWOOD, | ) | Judge Collier |
| Defendant. | ) | |

## **O R D E R**

On February 15, 2018, following the jury's guilty verdict against Defendant Mark Hazelwood on conspiracy to commit mail fraud and wire fraud, wire fraud, and witness tampering, the undersigned referred Defendant to Magistrate Judge Bruce Guyton for a hearing on whether Defendant should continue to be released or should be detained pending his sentencing hearing. The Magistrate Judge held a detention hearing on February 16, 2018 and issued a report and recommendation ("R&R") on February 21, 2018 pursuant to 28 U.S.C. § 636(b)(1)(B) recommending Defendant's continued release on certain new conditions. (Doc. 497.) Neither party has objected to the R&R within fourteen days. *See* Fed. R. Crim. P. 59(b)(2).

The Court **ACCEPTS** and **ADOPTS** the R&R (Doc. 497). Defendant shall remain on release on the new conditions imposed by the Magistrate Judge (Doc. 491).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**