

March 26, 2010

Sukhi Singh
Jag Trucking Inc
4629 E American Avenue
Fresno, CA 93725

Sukhi:

Pilot Travel Centers is pleased to have the opportunity to offer our network of stops to Jag Trucking Inc. We are confident that a Pilot network will maximize fuel cost savings while meeting your driver's over-the-road needs.

Beginning April 1st, 2010, Pilot is willing to offer *$.03 per gallon at all Pilot Travel Centers.*

As discussed this will be in the form of a rebate check mailed to the above address. Rebate checks will be sent the 15th of each month for the previous months' purchases, and we are rebating only those gallons purchased using the T-Check card.

Currently your fleet is purchasing 6,000 gallons a month with Pilot. With this offer we would like to see your gallons increase with Pilot to 20,000 gallons a month. After 90 days of the acceptance of this offer, we will review your usage with us and revise the discount if needed.

Pilot Travel Centers will always work to provide great service and the lowest fuel price through our discount programs. Please give me a call if you have any questions or need additional information.

Sincerely,


**Scott Fenwick**
Western Sales Manager
865-588-7488, 2254
865-297-1540 Fax
www.pilottravelcenters.com