| | |
|---|---|
| **Message** | |
| From: | Mark Hazelwood [/O=PILOTCORP.COM/OU=PILOT HEADQUARTERS/CN=RECIPIENTS/CN=HAZELWOM] |
| Sent: | 3/16/2012 1:30:16 PM |
| To: | Brian Mosher [brian.mosher@pilottravelcenters.com] |
| CC: | Scott Wombold [scott.wombold@pilottravelcenters.com]; Sherry Blake [sherry.blake@pilottravelcenters.com]; Vicki Borden [vicki.borden@pilottravelcenters.com]; Wendy Hamilton [wendy.hamilton@pilottravelcenters.com]; Heather Jones [heather.jones@pilottravelcenters.com] |
| Subject: | Re: Trip Report 3/12/12 |

Brian great job especially on heartland The Crete tech issues piss me off

Mark Hazelwood

On Mar 16, 2012, at 8:41 AM, "Brian Mosher" <Brian.Mosher@pilottravelcenters.com> wrote:

<31212 Trip Report.doc>



GOVERNMENT'S EXHIBIT
Case No. 3-16-CR-20
606-G

| | |
|---|---|
| **Message** | |
| From: | Brian Mosher [/O=PILOTCORP.COM/OU=PILOT HEADQUARTERS/CN=RECIPIENTS/CN=MOSHERB] |
| Sent: | 3/16/2012 10:41:06 AM |
| To: | Scott Wombold [scott.wombold@pilottravelcenters.com]; Sherry Blake [sherry.blake@pilottravelcenters.com]; Vicki Borden [vicki.borden@pilottravelcenters.com]; Wendy Hamilton [wendy.hamilton@pilottravelcenters.com]; Heather Jones [heather.jones@pilottravelcenters.com]; Mark Hazelwood [mark.hazelwood@pilottravelcenters.com] |
| Subject: | Trip Report 3/12/12 |
| Attachments: | 31212 Trip Report.doc |



31212 Trip Report.doc

# Weekly Call Sheet

Week Of: 3/12/12
Name: Brian Mosher

Company: CRST
Contact: Bret
Fleet Size:
Status: (Direct Bill, Restricted, Prospect, etc.)
Fuel Cards: Comdata
Gallons: 2,000,000
Comments: Put some new pricing in place with Bret. I think we should pick up 600k – 1M.

Company: Barr Nunn
Contact: David
Fleet Size:600
Status: (Direct Bill, Restricted, Prospect, etc.)
Fuel Cards: C
Gallons: 600,000
Comments: We are almost 80%. Trying to take an addl 10% from T/A. They do NO business with Loves.

Company: Jacobson
Contact: Greg
Fleet Size:400
Status: (Direct Bill, Restricted, Prospect, etc.)
Fuel Cards: EFS
Gallons: 250000
Comments: Got gallon report from Greg. We are right at half and the rest is split between T/A and Love's. Going to take all Advantage gallons.

Company: TMC
Contact:
Fleet Size:
Status: (Direct Bill, Restricted, Prospect, etc.)
Fuel Cards:
Gallons:
Comments: All is well. Moving more gallons out of terminal into Des Moines and surrounding locations….

Company: Universe Company
Contact:
Fleet Size:
Status: (Direct Bill, Restricted, Prospect, etc.)

Fuel Cards:
Gallons:
Comments: Bob had some issues with a theft in Lake Station,IN.  Sounds fishy to me and I told him to really look into that drivers behavior…

Company: Nationwide
Contact: Paul
Fleet Size:
Status: (Direct Bill, Restricted, Prospect, etc.)
Fuel Cards:
Gallons:
Comments: Has cards locked down to us and a handful of Love's.  Only uses them when he has to.  Is looking hard at EFS/TCH…

Company: Hill Bros.
Contact:
Fleet Size:
Status: (Direct Bill, Restricted, Prospect, etc.)
Fuel Cards:
Gallons:
Comments: Ben Cunningham was just in.  told them" I don't want all of your business, just want to be the secondary provider"  This is what they are going to do everywhere to get into the fold.  Sound familiar?  Just like how we got going strong….They told him. " You are the secondary provider, We have 3 of your sites on and all PFJ's."

Company: Harris Quality
Contact:
Fleet Size:
Status: (Direct Bill, Restricted, Prospect, etc.)
Fuel Cards:
Gallons:
Comments: We are only supplier except Love's in St. Joseph,MO.

Company: Crete
Contact:
Fleet Size:
Status: (Direct Bill, Restricted, Prospect, etc.)
Fuel Cards:
Gallons:
Comments: All is well.  Lost a lot of gallons last week to computer issues.  Sapps in Peru changed pricing so we needed to react.  Matt and Scott gave me pricing.

Company: Fremont Contract Carriers
Contact: Tim
Fleet Size:
Status: (Direct Bill, Restricted, Prospect, etc.)

Fuel Cards:
Gallons:
Comments: We are 70% of Company and approx 30% of O/O. Think I am going to do triple points in here for a bit. We can pick up 25-30 / week pretty easily.

Company: Heartland Express
Contact:
Fleet Size:
Status: (Direct Bill, Restricted, Prospect, etc.)
Fuel Cards:
Gallons:
Comments: Need to make sure that we keep John/Paul informed on Bio as it comes on. He is not opposed to it under 10 % just wants to be informed. Had conversations with Mark and Scott on meeting. We are in good shape here and I think we will go from 85% to 90-95%...