| | |
|---|---|
| Message | |
| From: | Mark Hazelwood [/o=pilotcorp.com/ou=Pilot Headquarters/cn=Recipients/cn=HAZELWOM] |
| on behalf of | Mark Hazelwood [/o=pilotcorp.com/ou=pilot headquarters/cn=recipients/cn=hazelwom] |
| Sent: | 4/20/2012 10:44:58 AM |
| To: | Jay Stinnett [jay.stinnett@pilottravelcenters.com]; Holly Radford [holly.radford@pilottravelcenters.com]; Sherry Blake [sherry.blake@pilottravelcenters.com]; John Freeman [john.freeman@pilottravelcenters.com]; Vicki Borden [vicki.borden@pilottravelcenters.com]; JW Johnson [jw.johnson@pilottravelcenters.com] |
| Subject: | RE: JW Trip Report |

Great week guys what locations is loving quoting daily Platts for Estes

**From:** Jay Stinnett
**Sent:** Friday, April 20, 2012 10:40 AM
**To:** Holly Radford; Sherry Blake; John Freeman; Mark Hazelwood; Vicki Borden; JW Johnson
**Subject:** JW Trip Report

Here it is..

*Jay Stinnett*

Senior Regional Sales Manager

Pilot Flying J

865-805-0292



GOVERNMENT'S EXHIBIT
Case No. 3-16-CR-20
606-H

Case 3:16-cr-00020-CLC-HBG   Document 568-4   Filed 06/25/18   Page 1 of 6   PageID #: 14649

TRIAL_00781

| | |
|---|---|
| Message | |
| From: | Jay Stinnett [/O=PILOTCORP.COM/OU=PILOT HEADQUARTERS/CN=RECIPIENTS/CN=STINNETJ] |
| Sent: | 4/20/2012 10:40:06 AM |
| To: | Holly Radford [holly.radford@pilottravelcenters.com]; Sherry Blake [sherry.blake@pilottravelcenters.com]; John Freeman [john.freeman@pilottravelcenters.com]; Mark Hazelwood [mark.hazelwood@pilottravelcenters.com]; Vicki Borden [vicki.borden@pilottravelcenters.com]; JW Johnson [jw.johnson@pilottravelcenters.com] |
| Subject: | JW Trip Report |
| Attachments: | Trip Report 4.docx |

Here it is..

*Jay Stinnett*

Senior Regional Sales Manager

Pilot Flying J

865-805-0292

# Trip Report 4-16 to 4-19 2012

Company - Roger's Trucking
Contact - Roger Roe
Fleet 50
Fuel card -EFS
Gallons 91K
Notes - Building a huge new terminal in an office park, and is hoping that will grow his business...Roger is looking for a bulk tank at his site and we're going to try and help him find one etc.

Company - Carry on Trucking
Contact - Billy Singh
Fleet 40
Fuel card - EFS
Gallons 64K
Notes - We have about 85 to 90% of the business, and we just reviewed his financials to help him get his 10K line of credit back since business has picked up. One issue here is that Billy thinks he's on CP 1, but has been in CP 2. We are going to put retail -2 n effect and see what happens. He's not too sure what's going on.

Company - BIR
Contact - Jimmy Singh
Fleet
Fuel card -EFS
Gallons 92k
Notes - Buying 95% of his gallons from PFJ and his happy with his deal. He has a shop in Calhoun, TN and was looking to put a tank in and we mentioned that was a bad idea and that we had a stop in Cleveland under construction, which he was happy about.

Company - Fleetmaster
Contact - Carl Bumgarner & Travis Smith
Fleet 300
Fuel card - Comdata
Gallons - 150 to 160 K
Notes - Great visit here and covered everything from Bulk, Zcon, breakthrough fuel, Optimizer, and LNG. They're putting the Optimizer into play in the next few weeks and they are willing to help us and play the game..
Also mentioned that Love's said that they would build an LNG Station for a dedicated run customer if they had a minimum of 15 to 20 trucks. All in all great meeting with a ton of opportunity.

Company - Blizzard Transportation
Contact - Rick Blizzard and Shandi Kelley Fleet 17 company 6 Owner Ops Fuel card - Fleet One Gallons 57k Notes - Nothing new here except they keep scrapping for a discount and the last time Jay was in there he went from Retail -3 to - 8. Business is good and they love PFJ.

Company - Crosby Trucking
Contact - Butch
Fleet 115
Fuel card - Tcheck
Gallons 87K
Notes - Butch is a great guy and happy with all that we do for him. He said business is good, but drivers are a monster issue. We helped him out in an invoice issue on a damaged pump in Nitro, WV which made his day.

Company - IDM
Contact - Cathy
Fleet - 50 (20 ops , 30 company)
Fuel card - Comdata
Gallons 50k
Notes - Do 30k with Loves and TA at Toms Brook, and we're going to try and get all of it. Do some bulk and we'll send them a quote.
We are also going to to look at Winchester as a stop and they are fired up about Harrisonburg.

Company - Estes Express
Contact - Chrissy Nemeyer
Fleet- A bunch
Fuel card – T-Chek
Gallons 230K
Notes - Estes does about 80% bulk and 20% retail. On the bulk side they do about 8 to 9 Million Gallons a month. We are only doing 450k of that 8mm.
We also found out that Love's is coming in there and offering daily PLATTS prices and they are beating us and the rest of the vendors by a huge amount. We are going to dig into this and figure out a way to get this business.

Company - Abilene
Contact -  Kolen Jones
Fleet- 250
Fuel card - Comdata
Gallons 250k
Notes - Kolen is very low maintenance and happy with all we do...His drivers are also pleased with all the improvements we have made in the facilities. All customers should be like Kolen....Wishful thinking!

TRIAL_00784

Company - Grayson Mitchell Inc.
Contact - Kenneth and Melissa
Fleet 175
Fuel card - Comdata
Gallons 185K
Notes - They had some issues with theft and we have been very helpful in the process and they recognize that. We are going to help with a network and start with their routes on 95 and 85. We are also going to send some more directories, our DEF Updates, and get a Comdata fuel report. Opportunity here to pick up some more gallons.

Company - MBM
Contact - Buck Abel
Fleet 800
Fuel card - Ryder Comdata
Gallons
Notes - They have huge long term relationship with Ryder and fuel a good bit at their locations. We only did 7,200 retail gallons and about 20k in bulk. Buck is all about the deal so we gave him a 0.1 off retail.
We are also going to get the bulk situation figured out and hopefully pick up those gallons as well.

Company - Eagle Transport
Contact - Joe Duncan
Fleet
Fuel card - Comdata
Gallons 52K
Notes - We have all of their Bulk business with the exception of Taft, FL and were are working on fixing that as well. Eagle is going to a Comdata proprietary card May 1 and we are going to look at getting them on Direct Bill. Joe keeps digging for discounts, but we explained that we gave him the CP 25 due to his request with Sokolis. Good relationship here and we'll pick up some more gallons.

Company - ELS
Contact - Brett Butts
Fleet 65 company  80 Owner Ops
Fuel card – EFS/Comdata
Gallons 30
Notes - This guy is all about the deal and has no clue. We mentioned about putting him on Direct Bill to eliminate his 75cent fee and after an explanation he understands that's the way to go. His gallons are going to Wilco due to a family relationship and they will continue to give them business regardless of the price. Love's also came in there and gave them CP 2 at 50k..We are going to get a fuel a report and figure out a network that will help get us some gallons.

TRIAL_00785

Company - TWT Tidewater Transit
Contact - Ricky Johnson
Fleet- 300
Fuel card – T-Chek
Gallons 220k
Notes - Majority of their gallons going to PFJ, but we received a fuel report and they are fueling at a TA or Loves right across the street from one of our locations, so we're going to figure that out, present a plan to get those gallons.
Again very happy with all that we do.

Company -Inman Trucking
Contact - Darryl Smith
Fleet 32
Fuel card - TCH
Gallons 102K
Notes - Dropped of a card and got a sense that business was good and busy, but they have a little bit of a driver issue.

Company - Taylor Express
Contact - Rod MacLean and Doug Taylor
Fleet- 150
Fuel card – T-Chek
Gallons 75 K
Notes - Gallons are down because Rod has no idea how to run he optimizer. We fixed that problem while we were in the meeting and hopefully we'll see a pick up in the next few weeks. They have Bulk but we are 2 to 3 cents out.
Opportunity and gain some more gallons and make some money on these guys!