

**From:** Sherry Blake [mailto:Sherry.Blake@pilottravelcenters.com]
**Sent:** Friday, April 11, 2014 8:23 AM
**To:** Kristi Branson <kbranson@steinerellis.com>
**Subject:** RE: Hazelwood gift to Sherry Blake

Oh thank you. I can't believe they are doing this for me. Needless to say, it has been a challenging year, but this is very generous.

**Sherry Blake**
Executive Assistant
Pilot Flying J
5508 Lonas Road
Knoxville, TN 37909
Direct (865) 474-2679 | Fax (865) 297-0115

---

**From:** Kristi Branson [mailto:KBranson@steinerellis.com]
**Sent:** Friday, April 11, 2014 8:13 AM
**To:** Sherry Blake
**Subject:** RE: Hazelwood gift to Sherry Blake

I wrote them yesterday but I didn't want to leave them at your desk. I will bring them up soon.

*Kristi*

**From:** Sherry Blake [mailto:Sherry.Blake@pilottravelcenters.com]
**Sent:** Friday, April 11, 2014 8:07 AM
**To:** Kristi Branson
**Subject:** FW: Hazelwood gift to Sherry Blake

Thanks for getting the checks up yesterday. Sorry to bother you, but would you be able to issue the checks below to me so that Mark and Joann can sign on Monday? If I don't sign on Monday, it will be another two weeks before I see them again.

Thanks.

**Sherry**

**From:** Sherry Blake
**Sent:** Thursday, April 03, 2014 11:10 AM
**To:** 'Aaron Steiner'; KBranson@steinerellis.com
**Cc:** Mark Hazelwood
**Subject:** Hazelwood gift to Sherry Blake

Please have Kristi issue the checks any time next week. Mark and Joann are leaving for Italy today and will sign upon their return on April 14.

Thank you.

**Sherry Blake**
Executive Assistant
Pilot Flying J
5508 Lonas Road
Knoxville, TN 37909
Direct (865) 474-2679 | Fax (865) 297-0115

---

**From:** Aaron Steiner [mailto:ASteiner@steinerellis.com]
**Sent:** Monday, March 31, 2014 3:55 PM
**To:** Sherry Blake
**Cc:** Mark Hazelwood
**Subject:** RE: Gift

Sure. I think that account will be fine. Let us know when to write them and we will have Todd provide the second signature.

---

**From:** Sherry Blake [mailto:Sherry.Blake@pilottravelcenters.com]
**Sent:** Monday, March 31, 2014 2:45 PM
**To:** Aaron Steiner
**Cc:** Mark Hazelwood
**Subject:** Gift

Aaron, Mark said he wants the gift to be spilt and $10,000 come from him and $10,000 from Joann. Can both checks be written out of the Regions account 0355 that Steiner & Ellis manages? This account requires two signatures on the check so Mark and Joann could sign both checks or each could sign one and Todd could be the second signature. Which would be best?

**Sherry Blake**
Executive Assistant
Pilot Flying J
5508 Lonas Road
Knoxville, TN 37909
Direct (865) 474-2679 | Fax (865) 297-0115