UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-CR-20 |
| | ) | |
| MARK HAZELWOOD, *et al.*, | ) | Judge Collier |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is a motion by Defendant Mark Hazelwood to file under seal three exhibits to a declaration in support of his motion for new trial. (Docs. 570, 573.) Defendant's grounds for sealing the documents are that they fall within the Government's "Sensitive Protected Information" Classification and none of the documents was admitted as an exhibit at trial. (Doc. 573.) On June 29, 2018, the Government responded that it does not object to the unsealing of the documents. (Doc. 575.) The Court accordingly concludes that the interests supporting the nondisclosure of the exhibits do not outweigh the interests of the public in accessing the information. The motion to seal (Docs. 570, 573) is accordingly **DENIED**. As required by Rule 12.2 of the ECF Rules and Procedures, the Clerk of Court is **DIRECTED** to delete Document 571 and its exhibits from the record and modify the docket entry to note the documents were deleted upon the denial of the motion to seal. Defendant may file the exhibits to Document 571 in the public record if they wish to have the Court consider them.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**