# PILOT TRAVEL CENTERS
## LLC

 

January 17, 2012

Mr. James Subler
Classic Carriers
151 Industrial Parkway
Versailles, OH 45380

Dear Jim,

Pilot Flying J is going to modify your direct bill payment cycle with the changes occurring Monday, January 23, 2012.

Purchases made Monday through Wednesday will be invoiced on Thursday and Pilot will initiate payment on the following Wednesday and will come out of your account Thursday. The purchases made Thursday through Sunday will be invoiced on Monday with the draft being initiated on Friday and the funds will come out of your account on the following Monday. Payment terms must be met and all drafts must clear or Pilot Flying J has the right to change the payment terms

Pilot Flying J expects to gain an additional 20,000 gallons a month and will provide ramp up period ending April 1. 2012. At the conclusion of that ramp up period we will review your volume progress and agree to keep the discount pricing in place or change the discount structure. With the payment terms being addressed along with cost of fuel we look forward to earning more of your business.

Respectfully,

John Spiewak
Regional Sales Manager
Pilot Flying

_____        1/18/12
Jim Subler                             Date

cc: Jerry Beets, Director of Credit, Pilot Flying J
    Arnie Ralenkotter, Director of Sales, Pilot Flying J
    John Freeman, Vice President of Sales, Pilot Flying J

PFJGSW037738

1B088-PJFHC CLASSIC CARRIERS JS-000010