Exhibit 1



# United States Department of Justice

United States Attorney
Eastern District of Tennessee

Headquarters: 800 Market Street, Suite 211
Knoxville, Tennessee 37904
865.545.4167
www.usdoj.gov/usao/tne

1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
423.752.5140

220 West Depot Street, Suite 423
Greeneville, Tennessee 37743
423.639.6759

January 19, 2017

(Letter 2)

Sent by Email

All Defense Counsel
(Distribution list below)

  Re: *United States v. Hazelwood, et al.*, Docket No. 3:16-CR-20
    1/09/2017-6/16/2017 Rolling Production Period
    Availability of LogicForce Xera Platform for Rolling Production Period material

Dear Counsel:

  Pursuant to the Court's scheduling order (R. 69), the United States has begun its rolling production of material to be produced to defendants during the period January 9, 2017, through June 16, 2017 (the "Rolling Production Period").

  This letter relates to the availability of LogicForce's Xera review platform for your use with respect to the material produced by the government as part of the Rolling Production Period. The government has requested and has been advised by Neal & Harwell that Xera is available for your use with respect to that material. Accordingly, Xera is available to you to review the material produced by the government during the Rolling Production Period as long as the requirements of the agreed protective order are followed.

  1. <u>Rolling production period material that was provided to the government through Neal & Harwell, counsel for Pilot Travel Centers, LLC</u>

  With respect to material that is designated as part of the government's Rolling Production Period and that the government has been provided through Neal & Harwell, counsel for Pilot Travel Centers LLC, Neal & Harwell has advised the government that the following procedure may be used. Upon LogicForce's being informed by defense counsel of a new Rolling Production set by the government, LogicForce will add a field in Xera for the identified Rolling Production Bates range, and will provide a new viewer tab that will allow the user to see those Bates-labeled documents. At that time, LogicForce will also folder each Rolling Production set in Xera for quick reference. Should you have any specific questions about this process and/or how to use Xera for this purpose, please contact LogicForce.

Exhibit 1

All counsel of record
*U.S. v. Hazelwood, et al.*, Docket No. 3:16-CR-20
January 19, 2017

### 2. Material that was not provided to the government through Neal & Harwell

While the government has no objection to your use of Xera to review the Rolling Production material (including material that was not provided to the government through Neal & Harwell), we think that a brief observation is worthwhile related to Rolling Production material that will be produced by the government in the future that was not provided to the government through Neal & Harwell, such as, agency memoranda, consensual recording designations, and grand jury material. Should you choose to use Xera as a review tool for that material, care will need to be taken to ensure that LogicForce limits access to any such material strictly to defense counsel personnel as defined by the agreed protective order – which of course would not include Neal & Harwell. In other words, based on our understanding of the agreed protective order, any such material should be forwarded directly to LogicForce. Neal & Harwell should not be used as a conduit for the loading of any such material onto Xera.

Sincerely,

NANCY STALLARD HARR
UNITED STATES ATTORNEY

By: *s/Trey Hamilton*
F. M. (Trey) Hamilton III
David P. Lewen, Jr.
Assistant U.S. Attorneys

Exhibit 1

All counsel of record
*U.S. v. Hazelwood, et al.*, Docket No. 3:16-CR-20
January 19, 2017

Distribution List:

Russell Hardin, Jr.
Andy Drumheller
Derek S. Hollingsworth
Jennifer E. Brevorka
Rusty Hardin & Associates LLP
5 Houston Center
1401 McKinney Street Suite 2250
Houston, Texas 77010
rhardin@rustyhardin.com
adrumheller@rustyhardin.com
dhollingsworth@rustyhardin.com
jbrevorka@rustyhardin.com

***Attorneys for Defendant Mark Hazelwood***


John E. Kelly
Lindsey Fetzer
Bass, Berry & Sims, PLC
1201 Pennsylvania Avenue NW, Ste. 300
Washington, D.C. 20004
jkelly@bassberry.com
lfetzer@bassberry.com

Eli Richardson
Bass, Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
erichardson@bassberry.com

***Attorneys for Defendant Scott Wombold***


Roger W. Dickson
Zachary H. Greene
Miller & Martin PLLC
Volunteer Building Suite 1200
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Roger.Dickson@millermartin.com
Zac.Greene@millermartin.com

Exhibit 1

All counsel of record
*U.S. v. Hazelwood, et al.*, Docket No. 3:16-CR-20
January 19, 2017

Daniel P. Griffin
Eileen H. Rumfelt
Miller & Martin PLLC
Regions Plaza Suite 2100
1180 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3407
Danny.Griffin@millermartin.com
Eileen.Rumfelt@millermartin.com

*Attorneys for Defendant John Freeman*

Joseph E. Costner
Sarah Bean Smith
Law Offices of Joseph Costner
315 High Street
Maryville, Tennessee 37804
joecostner@costnergreene.com
sarahsmith@costnergreene.com

*Attorneys for Defendant Vicki Borden*

James P. Fleisher
Joseph C. Oehlers
Michael A. Rieman
Bieser, Greer & Landis LLP
400 PNC Center
6 North Main Street
Dayton, Ohio 45402-1908
jpf@biesergreer.com
jco@biesergreer.com
mar@biesergreer.com

*Attorneys for Defendant John Spiewak*

Richard Tennent
Bell, Tennent & Frogge, PLLC
414 Union Street, Suite 904
Nashville, Tennessee 37219
richard@btflaw.com

*Attorneys for Defendant Katy Bibee*

4

Exhibit 1

All counsel of record
*U.S. v. Hazelwood, et al.*, Docket No. 3:16-CR-20
January 19, 2017

Ben Vernia
The Vernia Law Firm
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20004
bvernia@vernialaw.com

Cullen Wojcik
Law Office of Cullen M. Wojcik
422 South Gay Street, Ste. 302
Knoxville, Tennessee 37902
wojciklaw@gmail.com

*Attorneys for Defendant Heather Jones*


Jonathan D. Cooper
Whitt, Cooper, Trant & Hedrick
607 Market Street, Suite 1100
Knoxville, Tennessee 37902
cooper@knoxdefense.com

Sarah Compher-Rice
Oberman & Rice
550 Main Street, Suite 730
Knoxville, Tennessee 37902
sara@tndui.com

*Attorneys for Defendant Karen Mann*