| | |
|---|---|
| Message | |
| From: | Mark Hazelwood [/O=PILOTCORP.COM/OU=PILOT HEADQUARTERS/CN=RECIPIENTS/CN=HAZELWOM] |
| Sent: | 2/20/2013 5:36:31 PM |
| To: | John Freeman [john.freeman@pilottravelcenters.com] |
| Subject: | Re: Orlando Mtg Recap |

Awesome

Sent from my iPhone

On Feb 20, 2013, at 4:10 PM, "John Freeman" <John.Freeman@pilottravelcenters.com> wrote:

Just met with Joe. Opportunity is there.

John F Freeman
Vice President of Sales
Pilot Flying J

On Feb 20, 2013, at 4:45 PM, "Mark Hazelwood" <Mark.Hazelwood@pilottravelcenters.com> wrote:

Great recap lets get cost plus B plan going ASAP thanks
Mark

Sent from my iPad

On Feb 20, 2013, at 3:06 PM, "John Freeman" <John.Freeman@pilottravelcenters.com> wrote:

Guys,

To follow up on our conversations in Orlando, here are the items we discussed. Determine what actions need to happen and get it done.

*Sales Meetings.
We agreed that the directors should pair off and conduct two sales meetings. These meetings will be outside sales only. Please get with your respective partner, schedule a time in the next 60-75 days and get it on the calendar. National Account Sales team to host a meeting as well.
We will work to put together a version of the full sales team meeting leading up to the Forum in Dallas.

*Events.
We have the following coming up:
TCA/Las Vegas. B'fast/Lunch/Dinners/Golf/On site mtgs and Convention Exhibit.
Bristol. Grandstand tickets only. Nationwide and Cup
Masters. 3 days of practice rounds and tournament/Tee times. Regional group to focus on first half of week with National taking the latter half. There will be some blend between groups. This is a hand holding event so if you invite, you will also need to plan on attending.
Annual State Conventions. Follow the model of the national TCA/ATA and host dinners with your salesmen.
Transportation Forum. This is the single most important event we will do this year. Every Regional must be hitting all accounts with Save the Date cards and talking up the importance of this event for truckers and trucking as a whole. We

GOVERNMENT'S EXHIBIT
Case No. 3-16-CR-20
2219

Case 3:16-cr-00020-CLC-HBG   Document 580-1   Filed 07/10/18   Page 1 of 2   PageID #: 15000
TRIAL_02195
Pilot_Doc_000010692

should all be sorely disappointed if each regional doesn't have 10-20 accounts each in attendance. Let's kick ass this year.

Use these events to the fullest. Encourage your Regionals to invite as many of their accounts as possible. We will not be paying for flights, hotel rooms etc as the event alone is ample in terms of entertainment.

*Discount Recovery.
This exercise should be complete by the end of the month. Hold your Regional accountable and work with your Inside ladies to see the letters and gallon expectations for the deals offered. There has to be money on the table here.

*New Locations and Hit Lists.
Everybody has the list of openings. Ensure the appropriate Regional is there to do his work a month or more prior to opening to share who is running the lane and fueling at the competitors. This will allow the team to make calls to work the stores prior to opening. Once open, the Regional should again hit the streets and competitors and provide the list so all can make calls to our customers and potential customers. We must get these stores off to great starts!

Hit Lists. We are close to having the lists included on each Regionals Weekly Trip Report. Once complete, the Regional will have to make a note on their activity on the accounts on their Hit Lists each week.

*Reports.
Jay and I are meeting with Joe Cates today to discuss building access to the system as to help you and the Regionals manage their business.
Jay will work to retool the Mega Report to the new name that I can't remember.

*Aggregate Programs.
We will work to strategically market to the customers on a direct basis using our Inside Sales team as well as using the outside sales team. The goal is to make sure every penny PFJ spends marketing to our customer ends up in the buyer hands....not a third parties hand.

If I have left anything out or if you have questions, please reply all.

Thanks.


John F. Freeman
Vice President of Sales
Pilot Flying J
865-474-2628

Case 3:16-cr-00020-CLC-HBG  Document 580-1  Filed 07/10/18  Page 2 of 2  PageID #: 15001
TRIAL_02196
Pilot_Doc_000010693