| From: | Tim Prins |
|---|---|
| Sent: | Tuesday, October 07, 2008 8:41 PM |
| To: | Dan Peyton |
| Subject: | Smith letter |

Dan,

FYI, here's the letter I sent to John Mittermier in July. The deal was for a million gallons a month, 3 month ramp up, starting in July. I thought it would be good for you to have this as you deal with US Express.

Tim



Smith Transport
7-1-08.DOC



GOVERNMENT'S EXHIBIT
Case No. 3-16-CR-20
1204-A



July 1, 2008

Mr. John Mittermeier
**Smith Transport Inc.**
331 East Closson Rd.
Roaring Spring, PA 16673

Dear John,

As of recently, Smith's Transport's gallons with Pilot have been decreasing over the last several months. Therefore, Pilot Travel Centers has elected to modify you discounts in order to increase your purchases throughout our truck stop network.

Effective July 1st, 2008, Pilot Travel Centers is pleased to support Smith Transport with the following discounts. These discounts are in addition to the zero transaction fees you receive at all of our 310 locations. Please keep these discounts confidential.

| City, ST | Discount |
|---|---|
| ALL PILOT LOCATIONS | 'BETTER OF' COST MINUS $0.020 or RETAIL MINUS $0.041 |

*Pilot reserves the right to renegotiate all discounts, rebates or fees should margins or volumes fluctuate dramatically.

This discount program is based on Smith Transport purchasing a minimum of one million gallons per month within the Pilot Travel Center network. Pilot will implement these discounts for the next 3 months without any gallon requirement, at that time we can re-evaluate the program and make any necessary adjustments.

Pilot Travel Centers will always work to provide you with great service and the lowest fuel price through our discount programs. Please give me a call if you have any questions or need additional information.

Sincerely,


Tim Prins
Regional Sales Manager
Phone: 800-562-6210, ext 2987

*The Customer Driven Company*
PILOT TRAVEL CENTERS LLC · P.O. Box 10146 · Knoxville, Tennessee 37939-0146 · 865/588-7488

Case 3:16-cr-00020-CLC-HBG   Document 580-2   Filed 07/10/18   Page 2 of 2   PageID #: 15003

Pilot_Doc_000007525