**Message**

**From:** Mark Hazelwood [Mark.Hazelwood@pilottravelcenters.com]
**Sent:** 2/18/2008 6:48:02 PM
**To:** Janet Welch [Janet.Welch@pilottravelcenters.com]
**Subject:** RE: Better of Offer

ok

---

**From:** Janet Welch
**Sent:** Monday, February 18, 2008 3:33 PM
**To:** Mark Hazelwood
**Subject:** RE: Better of Offer

100,000 to start with 60,000 more coming from Simons.

---

**From:** Mark Hazelwood
**Sent:** Mon 2/18/2008 8:51 AM
**To:** Janet Welch
**Subject:** RE: Better of Offer

How many gallons

---

**From:** Janet Welch
**Sent:** Friday, February 15, 2008 9:49 AM
**To:** Mark Hazelwood
**Subject:** FW: Better of Offer

Mark,

Arnie has approved a better of deal for John to offer Koleaseco. Is this okay with you? He has offered cp .015 / retail minus .045 but we are setting it up as cp .025 / retail minus .045.

Please let me know.

Thanks!

Janet Welch

GOVERNMENT'S EXHIBIT
Case No. 3-16-CR-20
902

Senior Account Manager

800-562-6210 ext 2671

865-297-1493 fax

_____

**From:** Arnie Ralenkotter
**Sent:** Friday, February 15, 2008 9:26 AM
**To:** John Spiewak
**Cc:** Janet Welch
**Subject:** RE: Better of Offer

Ok but put it in the billing system as cost plus .025 retail minus .045 unless you think they have a way to track the cost. Do not reflect pricing.

Arnie Ralenkotter

Pilot Travel Centers LLC

Director of Sales Northeast Region

Office: 800-871-9952

Cell:   865-805-5537

Fax:   865-297-1778

_____

**From:** John Spiewak

**Sent:** Friday, February 15, 2008 9:19 AM

**To:** Arnie Ralenkotter

**Subject:** Better of Offer

With the understanding that across the board better of offers are not a preferred way to conduct our business I need to ask for an approval to offer this type of discount to a customer, Koleaseco, of whom I offered this type of discount Prior to January 16 when the new discount procedures were rolled out. I have been working to get these guys on direct bill for over 4 years and we now have their LOC and are ready to move forward. We are looking to pick up 100,000 a month and our competition TA is offering a Cost Plus .01 across the board and they have the Loves discount that was offered via their letter in place which is a Cost Plus .01 retail minus .05 better of with a zero fee. In order to get the gallons I had offered a cost plus .0125 retail minus .045 better of on direct bill.

Thank you for your consideration.

John Spiewak

Regional Sales Manager

Pilot Travel Centers LLC

TRIAL_00937

Pilot_Doc_000006938

TRIAL_00938

Pilot_Doc_000006939