1  JOHN FREEMAN:  Yes, so far.  And I've got a brother and sister that are in,
2  you know, where my mom and dad are.  Neither one of them have any money but,
3  at [PH] at the end [Indiscernible] parents, but, you know, at the end of the
4  day, hopefully they'll have the help and whatever.  If not, shit, I'd
5  probably have to move them to Knoxville if I -- if I was the one responsible
6  for taking care of them.  That would be a [PH] bear as well.
7  VINCE GRECO:  Yes, I mean my mom moved here to Texas, gosh, ten years ago --
8  JOHN FREEMAN:  Yes.
9  VINCE GRECO:  -- and I don't live -- she doesn't live with me but --
10 JOHN FREEMAN:  [PH] Yes.
11 VINCE GRECO:  She's close enough I can help her out.  It's kind of nice.
12 JOHN FREEMAN:  Yes.
13 VINCE GRECO:  But she's --
14 JOHN FREEMAN:  Yes.
15 VINCE GRECO:  -- independent, so.
16 JOHN FREEMAN:  Hey, couple of things.
17 VINCE GRECO:  [PH] You --
18 JOHN FREEMAN:  You know, I'm riding with Clark this week.
19 VINCE GRECO:  Right.
20 JOHN FREEMAN:  Actually headed out there right now and we got a -- it looks
21 like he's got a great agenda put together and good group of customers.  Saw
22 your recap on the call yesterday, that was a nice job.  And one other thing
23 that we had kind of, you know, talked about was potentially -- we at least
24 had initial
25 [10:40:15]

2

```
 1  discussions about doing some, you know, the two-tiered of pricing on cost
 2  plus.  And --
 3  VINCE GRECO:  Right.
 4  JOHN FREEMAN:  -- we've kind of shelved that whole concept.  Just -- there's
 5  a million moving parts and just no way to get it done.  Not -- just not an
 6  option.  So that whole concept's dead -- dead in the water.  We're still
 7  going to obviously pursue the single price files and try to get our -- the --
 8  like I mentioned yesterday, the billing cards out between us and the
 9  customer, but it's not going to be any -- not going to be anything else in
10  relation to trying to do any kind of multi-layer of pricing, [PH] even though
11  it happens in multiple industries, and even in our industry.  You know,
12  Comdata's got multiple levels of pricing.  But anyway, so we're just shelving
13  that whole concept.
14  VINCE GRECO:  And why is that?  I mean I don't know.
15  JOHN FREEMAN:  Say it again.
16  VINCE GRECO:  Like we could have done some -- we could have done some
17  [Indiscernible] I guess, but it just doesn't make [Indiscernible].
18  JOHN FREEMAN:  Yes, I mean I don't know.  You know, it just -- the idea, you
19  know, has some merit but it also has some negativity to it.  So --
20  VINCE GRECO:  [Indiscernible].
21  JOHN FREEMAN:  -- you know, just too many -- too many -- too much moving
22  parts to be able to pull something together.  So it just doesn't make sense
23  to do it, but anyway.
24  VINCE GRECO:  Yes.  Okay.  Anything else on the --
25
```