**To:** Mike Queen[mqueen@queentransportation.com]
**Cc:** Sylvia Herndon[Sylvia.Herndon@pilottravelcenters.com]
**From:** Katy Bibee
**Sent:** Thur 2/19/2009 12:44:39 PM
**Importance:** Normal
**Subject:** Discount
**Received:** Thur 2/19/2009 12:44:39 PM

Mike,
Sylvia is out of town until Monday. I apologize for the confusion on the discount structure. Our discount to you was based on receiving 25,000 gallons per month at our travel center locations. Your gallons have repeatedly decreased, with only 13,000 total in January. Due to this, we reverted your discount back to our standard discount for 13k gallons. If you feel that your gallons have potential to increase back up to 25k, we will be happy to revisit. Sylvia will follow up with you on Monday. Thanks.

**Katy Bibee**
**Regional Account Representative**
**800-562-6210, ext. 2247**
**E-fax: 865-297-1613**

**bibeek@pilottravelcenters.com**