**To:** mqueen@queentransportation.com[mqueen@queentransportation.com]
**Cc:** Katy Bibee[Katy.Bibee@pilottravelcenters.com]
**From:** Sylvia Herndon
**Sent:** Mon 6/15/2009 2:23:55 PM
**Importance:** Normal
**Subject:** Discount change
**Received:** Mon 6/15/2009 2:23:55 PM

Mike, the hammer came down on me on your discount. Your gallons were at 16,885 last mth. We are not close to the agreed 25K. We are going to need to change the discount to 2 cents off the pump. This is very much in line with what other cos that are doing this kind of volume. If you can get the gallons up to 25k then we can re-adjust. This will be effective immediately. Sylvia