**Janet Welch**

| | |
|---|---|
| **From:** | Arnie Ralenkotter |
| **Sent:** | Friday, May 21, 2010 9:31 AM |
| **To:** | jkerola@vzw.blackberry.net |
| **Cc:** | johnmassaros@PIIMX.COM; Janet Welch |
| **Subject:** | RE: Big gallons? |

Joe,

Effective June 1, 2010 we will implement an additional $.02 monthly rebate at 400,000 gallons. I will put this in place and leave it for at least 120 days at which point I will re-evaluate to determine if we are profit positive.

Frankly the way the cost plus spreads have been lately the additional $.02 is tiny relative to the current discount levels. Thank you for the opportunity to pick up some additional business at our locations.

Take care,

Arnie


Arnie Ralenkotter
Director of Sales Northeast Region
Pilot Travel Centers LLC
5508 Lonas Rd
Knoxville, TN 37939-0146
Office: 800-871-9952
Cell:    865-805-5537
Fax:    865-297-1778

**CONFIDENTIAL**
*This e-mail message and all corresponding e-mail messages, including all attachments, are intended solely for the individual(s) named above. They contain confidential and/or proprietary information. Do not forward, copy, distribute or otherwise relay the messages or their content to any individual without first contacting the Law Department.*

*If you have received this e-mail message in error, do not read, forward, copy or distribute it or any of its content to anyone. In addition, please notify the sender that you have received this message immediately by return e-mail and delete it.*

**From:** jkerola@vzw.blackberry.net [mailto:jkerola@vzw.blackberry.net]
**Sent:** Tuesday, May 18, 2010 9:30 AM
**To:** Arnie Ralenkotter
**Cc:** johnmassaros@PIIMX.COM
**Subject:** Re: Big gallons?

Thanks, travel safe.

Sent from my Verizon Wireless BlackBerry

---

**From:** "Arnie Ralenkotter" <Arnie.Ralenkotter@pilottravelcenters.com>
**Date:** Tue, 18 May 2010 09:22:27 -0400
**To:** <jkerola@vzw.blackberry.net>
**Cc:** <johnmessaros@PIIMX.COM>
**Subject:** RE: Big gallons?

Ok let me check my P&L and see if I have .02 to give. I will let you know when I get back to my office on Friday.


Arnie Ralenkotter
Director of Sales Northeast Region
Pilot Travel Centers LLC
5508 Lonas Rd
Knoxville, TN 37939-0146
Office: 800-871-9952
Cell: 865-805-5537
Fax: 865-297-1778

**CONFIDENTIAL**
*This e-mail message and all corresponding e-mail messages, including all attachments, are intended solely for the individual(s) named above. They contain confidential and/or proprietary information. Do not forward, copy, distribute or otherwise relay the messages or their content to any individual without first contacting the Law Department.*

*If you have received this e-mail message in error, do not read, forward, copy or distribute it or any of its content to anyone. In addition, please notify the sender that you have received this message immediately by return e-mail and delete it.*

---

**From:** jkerola@vzw.blackberry.net [mailto:jkerola@vzw.blackberry.net]
**Sent:** Monday, May 17, 2010 9:05 PM
**To:** Arnie Ralenkotter
**Cc:** johnmessaros@PIIMX.COM
**Subject:** Re: Big gallons?

Don't you ever take a break? It would be about 85%.

Sent from my Verizon Wireless BlackBerry

---

**From:** "Arnie Ralenkotter" <Arnie.Ralenkotter@pilottravelcenters.com>
**Date:** Mon, 17 May 2010 20:48:24 -0400
**To:** Joe Kerola<joekerola@piimx.com>
**Cc:** John Mesaros<johnmesaros@piimx.com>
**Subject:** RE: Big gallons?

Joe,

What percentage of you total over the road gallons would 400,000 be?

Arnie Ralenkotter
Director of Sales Northeast Region
Pilot Travel Centers LLC
5508 Lonas Rd
Knoxville, TN 37939-0146
Office: 800-871-9952
Cell:   865-805-5537
Fax:    865-297-1778

**CONFIDENTIAL**
*This e-mail message and all corresponding e-mail messages, including all attachments, are intended solely for the individual(s) named above. They contain confidential and/or proprietary information. Do not forward, copy, distribute or otherwise relay the messages or their content to any individual without first contacting the Law Department.*

*If you have received this e-mail message in error, do not read, forward, copy or distribute it or any of its content to anyone. In addition, please notify the sender that you have received this message immediately by return e-mail and delete it.*

---

**From:** Joe Kerola [mailto:joekerola@piimx.com]
**Sent:** Saturday, May 15, 2010 10:42 AM
**To:** Arnie Ralenkotter
**Cc:** 'John Mesaros'
**Subject:** RE: Big gallons?

Seems like that is a lot of extra gallons since I said we thought we could get an extra 75,000 gallons a month. Maybe you made a typo and meant 400,000 not 600,000, the sun might have been in your eyes. Let me know, we will be sending you a copy of our notice to the drivers.

---

**From:** Arnie Ralenkotter [mailto:Arnie.Ralenkotter@pilottravelcenters.com]
**Sent:** Friday, May 14, 2010 12:42 PM
**To:** Joe Kerola
**Subject:** RE: Big gallons?

Through April 30th average 325,000 gallons per month.


Arnie Ralenkotter
Director of Sales Northeast Region
Pilot Travel Centers LLC
5508 Lonas Rd
Knoxville, TN 37939-0146
Office: 800-871-9952
Cell:   865-805-5537
Fax:    865-297-1778

**CONFIDENTIAL**

*This e-mail message and all corresponding e-mail messages, including all attachments, are intended solely for the individual(s) named above. They contain confidential and/or proprietary information. Do not forward, copy, distribute or otherwise relay the messages or their content to any individual without first contacting the Law Department.*

*If you have received this e-mail message in error, do not read, forward, copy or distribute it or any of its content to anyone. In addition, please notify the sender that you have received this message immediately by return e-mail and delete it.*

---

**From:** Joe Kerola [mailto:joekerola@piimx.com]
**Sent:** Friday, May 14, 2010 12:35 PM
**To:** Arnie Ralenkotter
**Subject:** RE: Big gallons?

What are we doing now?

---

**From:** Arnie Ralenkotter [mailto:Arnie.Ralenkotter@pilottravelcenters.com]
**Sent:** Friday, May 14, 2010 12:23 PM
**To:** Joe Kerola
**Subject:** RE: Big gallons?

What's a fair volume threshold for an additional $.02, 600,000 gallons per month?


Arnie Ralenkotter
Director of Sales Northeast Region
Pilot Travel Centers LLC
5508 Lonas Rd
Knoxville, TN 37939-0146
Office: 800-871-9952
Cell:    865-805-5537
Fax:    865-297-1778

**CONFIDENTIAL**
*This e-mail message and all corresponding e-mail messages, including all attachments, are intended solely for the individual(s) named above. They contain confidential and/or proprietary information. Do not forward, copy, distribute or otherwise relay the messages or their content to any individual without first contacting the Law Department.*

*If you have received this e-mail message in error, do not read, forward, copy or distribute it or any of its content to anyone. In addition, please notify the sender that you have received this message immediately by return e-mail and delete it.*

---

**From:** Joe Kerola [mailto:joekerola@piimx.com]
**Sent:** Friday, May 14, 2010 12:21 PM
**To:** Arnie Ralenkotter
**Subject:** RE: Big gallons?

We are getting notice of changes ready for pay so the gallons are coming. Are you still able to get us the extra

two cents off?

---

**From:** Arnie Ralenkotter [mailto:Arnie.Ralenkotter@pilottravelcenters.com]
**Sent:** Friday, May 14, 2010 12:10 PM
**To:** Joe Kerola
**Subject:** RE: Big gallons?

Excellent, I like sunny and clear!

Arnie Ralenkotter
Director of Sales Northeast Region
Pilot Travel Centers LLC
5508 Lonas Rd
Knoxville, TN 37939-0146
Office: 800-871-9952
Cell:   865-805-5537
Fax:    865-297-1778

**CONFIDENTIAL**
*This e-mail message and all corresponding e-mail messages, including all attachments, are intended solely for the individual(s) named above. They contain confidential and/or proprietary information. Do not forward, copy, distribute or otherwise relay the messages or their content to any individual without first contacting the Law Department.*

*If you have received this e-mail message in error, do not read, forward, copy or distribute it or any of its content to anyone. In addition, please notify the sender that you have received this message immediately by return e-mail and delete it.*

---

**From:** Joe Kerola [mailto:joekerola@piimx.com]
**Sent:** Friday, May 14, 2010 11:34 AM
**To:** Arnie Ralenkotter
**Subject:** RE: Big gallons?

Sunny and clear

---

**From:** Arnie Ralenkotter [mailto:Arnie.Ralenkotter@pilottravelcenters.com]
**Sent:** Friday, May 14, 2010 11:28 AM
**To:** Joe Kerola
**Subject:** Big gallons?

Joe,

I hope you are doing well. Just wanted to check in and make sure everything went ok with the extra week? Now I'm just waiting with baited breath for the big gallons you are going to throw my way. How's the weather now?

Take care,

Arnie

Arnie Ralenkotter
Director of Sales Northeast Region
Pilot Travel Centers LLC
5508 Lonas Rd
Knoxville, TN 37939-0146
Office: 800-871-9952
Cell:    865-805-5537
Fax:    865-297-1778

**CONFIDENTIAL**
*This e-mail message and all corresponding e-mail messages, including all attachments, are intended solely for the individual(s) named above. They contain confidential and/or proprietary information. Do not forward, copy, distribute or otherwise relay the messages or their content to any individual without first contacting the Law Department.*

*If you have received this e-mail message in error, do not read, forward, copy or distribute it or any of its content to anyone. In addition, please notify the sender that you have received this message immediately by return e-mail and delete it.*