# Weekly Call Sheet

**Cathy Sokolowski**
**Week Of:**
November 12, 2010

-------------------------------------------------------------------------------------------------------

**Company: Bayer Trucking**
Contact: Melissa
Fleet Size: 25
DBill/Restricted/Prospect: DB Prospect
Fuel Card: Comdata
Comments: **Received DB application and was approved..**

**Company: Farr Transport**
Contact: Jim
Fleet Size: 15
DBill/Restricted/Prospect: Triple Play Prospect
Fuel Card: TCH
Comments: **Received TRIPLE PLAY APPLICATION**.

**Company: Cheetah –Imperial Eagle- Kingsway Express**
Contact: Draga
Fleet Size: 42
DBill/Restricted/Prospect: Prospect
Fuel Card: Multiserve
Comments: There is about 150k additional gallons to be had between all 3 companies. I am bringing Tony from TCH in there in early December. We are getting Jasna tickets to the Blackhawks Predators game in Nashville for her and her family in December.

**Company: Altom**
Contact: Tom / Mark
Fleet Size: 150
DBill/Restricted/Prospect: DB
Fuel Card: EFS
Comments: Please send rebate checks via EFT. Forms need to be sent to Mark Ivers at ivers@alwarrenoil.com Brian is looking to help them via US Foods for wet hosing. We need to have TCH acceptance at their unmanned fueling locations throughout Chicago. Please send Mark a credit app for bulk fuel.

**Company: Mr Bults**
Contact: Steve
Fleet Size: 300
DBill/Restricted/Prospect: DB
Fuel Card: Comdata / TCH
Comments: They are just finishing their TMW install and are ready to move forward on the TCH card. Follow up with Steve for new location listings to start matching up our locations better. We got him Blackhawk tickets for December 16th game.

**Company: CDN**
Contact: Mark/ Larry/ Don
Fleet Size: 200
DBill/Restricted/Prospect: DB
Fuel Card: Comdata
Comments: Tony needs to get back in there and sharpen his pencil concerning fees for cash to get TCH in. We are waiting on new contact information for their custom directories.
**Company: Walgreens**
Contact: Paul
Fleet Size:
DBill/Restricted/Prospect:
Fuel Card:
Comments: JW's and Brian's account, discussed the upcoming bid and all aspects. We also touched base on Zonar.
**Company: Dillon Tranpsort**
Contact: Charles / Jeff
Fleet Size: 250
DBill/Restricted/Prospect: DB
Fuel Card: F1
Comments: Once all FJ's are completed, send Charles new books and a notice. They farmed out there bulk fuel to Mansfield Oil for a trial period of 90 days. Follow up in a couple of months.
**Company: Oak Management**
Contact: Tom/ Tom/ John
Fleet Size: 200
DBill/Restricted/Prospect: Prospect
Fuel Card: Comdata
Comments: They will have the DB application by end of the week. They are still working with Comdata to get the prepaid cards changed over to fuel cards.
**Company: Tru Value**
Contact: Paul
Fleet Size:
DBill/Restricted/Prospect: Prospect
Fuel Card: Comdata
Comments: JW is working with Paul on bulk fuel; they are getting close to an agreement. Paul is slow on the DB side; we have been working on this for almost 2 years.
**Company: Feeding America**
Contact: Jamie
Fleet Size: 1000
DBill/Restricted/Prospect: Prospect
Fuel Card: WREX
Comments: Jamie is new and still in training. Follow up in January to set up another appointment to discuss fuel needs.

**Company: Amerifreight**

Contact: Pavel/ Rumen
Fleet Size: 250
DBill/Restricted/Prospect: DB
Fuel Card: TCH
Comments: Pavel needs it in writing what their discounts are as they are comparing to other truck stop chains. We also need to work on getting their rebates to him by the 15th, at least a dollar amount. We will also change their discounts to Cost Minus Zero and Retail -.06 for 400k gallons or more per month. Rumen is working on a custom directory, follow up in December.

**Company: GOTO Logistics**
Contact: Greg
Fleet Size: 100
DBill/Restricted/Prospect: DB
Fuel Card: TChek
Comments: Should be switching to TCH in January. He is moving on December 15th, call for new address then. He should be doing over 200k gallons starting in January. Please send a case of directories.

**Company: Roadco**
Contact: Bob/ Bob
Fleet Size: 60
DBill/Restricted/Prospect: DB
Fuel Card: Comdata
Comments: We are working on a list of locations where they want to change to CP pricing. Follow up with Bob next week and discuss locations.

**Company: CBSL**
Contact: Jeff
Fleet Size: 50
DBill/Restricted/Prospect: Prospect
Fuel Card: Comdata
Comments: They are using 38k gallons and getting no discount, they are all owner ops and want it to go back to drivers. They applied for DB in the past and needed a LOC, they will think about locking down network for .05.

**Company: Heniff**
Contact: Bobby / Scott
Fleet Size: 200
DBill/Restricted/Prospect: DB
Fuel Card: Comdata
Comments: They are not pushing their drivers anywhere and will start. Please send a case of directories attention to Scott Templeman. Follow up with Scott next week to discuss potential solutions.

**Company: Smart Way**
Contact: Martin

Fleet Size: 28
DBill/Restricted/Prospect:  Prospect
Fuel Card: TCH
Comments: Martin is willing to lock down his network, he is interested in Triple Play. Follow up 2-3 weeks.