**To:** John Freeman[John.Freeman@pilottravelcenters.com]
**Cc:** Kathy Thomas[kthomas@sumlog.com]; Scott Batey[sbatey@sumlog.com]; Ken Burch[kburch@sumlog.com]
**From:** Bill Hatfield
**Sent:** Wed 12/31/2008 11:55:41 AM
**Importance:** Normal
**Subject:** RE: Pilot Discount
**Received:** Wed 12/31/2008 11:55:47 AM

Sounds great John.

Thanks again for all your help. We are in the midst of starting a computer conversion from McLeod to TMW in early January which will have our total focus for the next 2 to 3 weeks. We have not gotten the qualcomm cell phone information fully analyzed so for the first part of 2009 Kathy will calculate the rebate that we will continue to pay the owner ops and we will remit it to them monthly. This we will be capturing and handling internally by Kathy and our accounting team.
We do not want any discounts appearing on either the Pilot bill or our Comdata statement as we previously discussed. Both Scott and Ken are fully on board and supportive of our plan and will assist us in implementation. I think a conference call next week might be beneficial as well.

Thanks again for your help.

Bill

---

**From:** John Freeman [mailto:John.Freeman@pilottravelcenters.com]
**Sent:** Wednesday, December 31, 2008 11:44 AM
**To:** Holly Radford; Bill Hatfield
**Cc:** Katy Bibee
**Subject:** RE: Pilot Discount

Bill,

Going forward, as agreed, we will not show any discounts on your Pilot bill or your Comdata statement. We will cut you a check based on cost plus/retail minus pricing at months end. Based on the market, we can then figure out what the cost plus pricing equates to in a cent per gallon basis off the retail price. Your obligation is to limit the drivers to the Pilot truckstops with a goal of a minimum of 130k per month going to the network of Pilot Travel Centers.


*John F. Freeman*
*Director of Sales-Southeast*
*1-800-562-6210 x.2628*

---

**From:** Holly Radford
**Sent:** Wednesday, December 31, 2008 11:31 AM
**To:** bhatfield@sumlog.com
**Cc:** John Freeman; Katy Bibee
**Subject:** Pilot Discount

Bill-
Effective January 1st, your new discount program will be in place with Pilot. Moving forward, all gallons purchased at Pilot will show at full retail price on your Pilot statements, as well as your Comdata statements. Let us know if you need any additional information.
Thanks,

# Holly S. Radford

Pilot Travel Centers
Regional Account Representative
800-562-6210, ext. 2080
E-Fax 865-297-1230
radfordh@pilottravelcenters.com