**To:** Holly Radford[Holly.Radford@pilottravelcenters.com]
**From:** Jay Stinnett
**Sent:** Mon 7/21/2008 3:57:44 PM
**Importance:** Normal
**Subject:** RE: Houser and Honey
**Received:** Mon 7/21/2008 3:57:44 PM

10-4

---

**From:** Holly Radford
**Sent:** Monday, July 21, 2008 3:57 PM
**To:** Jay Stinnett
**Subject:** RE: Houser and Honey

Great...$.02 is all I see all the way back to March of last year.

---

**From:** Jay Stinnett
**Sent:** Monday, July 21, 2008 3:54 PM
**To:** Holly Radford
**Subject:** RE: Houser and Honey

OK, that's what I thought, Sandy thinks they have some site specifics...they may moving forward!!

---

**From:** Holly Radford
**Sent:** Monday, July 21, 2008 3:53 PM
**To:** Jay Stinnett
**Subject:** RE: Houser and Honey

Honey only has $.02 @ 60,000

---

**From:** Jay Stinnett
**Sent:** Monday, July 21, 2008 3:51 PM
**To:** Holly Radford
**Subject:** Houser and Honey

Houser- Put a $.06 discount in for Otay Mesa, CA

Honey- Send me a list of their discounts.

Also add Sandy's email to ACT-   s.i.mccarthy@honey-bestway.com

Jay Stinnett
Pilot Travel Centers
Regional Sales Manager
Cell- 865-805-0292
Office- 800-562-6210 ext. 2698