**To:** 's.i.mccarthy@honey-bestway.com'[]
**Cc:** Holly Radford[Holly.Radford@pilottravelcenters.com]
**From:** Jay Stinnett
**Sent:** Wed 7/23/2008 8:31:00 PM
**Importance:** Normal
**Subject:** Discount offer from Pilot
**Received:** Wed 7/23/2008 8:31:00 PM

Sandy,

I appreciate you allowing me to obtain more business from Honey Transport. I'm certain that with your decision to limit your network, you will realize a tremendous savings in your fuel costs.

Today, you do about 75,000 gallons per month at Pilot locations. The discount offer below would be predicated on receiving approximately 150,000 gallons per month. We would give you a 60 day ramp up period to obtain this gallon threshold.

Option # 1- Pilot would sell you fuel at a **cost plus $.005 (half a cent) or retail minus $.045, whichever is better**. Honey would continue to pay EFS for the fuel purchased. Pilot would compare our cost plus price versus our retail minus price, based on **monthly averages**. we would rebate you, based on which price was lower. I offered this type of discount, because this is how Flying J would process your rebate, even though they won't explain this when they are giving you the pitch.

Option # 2- Pilot would sell you fuel at a **cost plus $.025 or retail minus $.045, by transaction**. Honey would have to get credit worthy with Pilot, and pay Pilot for the fuel purchased at our locations. Honey would still carry EFS cards, and all of their data flow remains the same. Simply, EFS would share your transactions at Pilot, and we would bill you for them. We would also pay your transaction fee on your behalf.

Please don't hesitate to call me with any questions. I'll be in and out of meetings in the morning, but will be accessible.

Jay Stinnett
Pilot Travel Centers
Regional Sales Manager
Cell- 865-805-0292
Office- 800-562-6210 ext. 2698