CREATED BY: Janet Welch    DATE: 8/19/2008

# DISCOUNT ADDITION/CHANGE FORM

ACCOUNT NAME: Koleaseco    DIRECT BILL: X
ACCOUNT # (if available): 105659    (OR)
SALESMAN NAME: JS    RESTRICTED:

NEW: X
(OR)
EFFECTIVE DATE: 8/18/2008    EXISTING:

| WEEKLY REBATE DEDUCTIONS FROM INVOICE | |
|---|---|
| OFF INVOICE | X |
| (OR) | |
| COST PLUS | X |
| Company Contact: | |
| Phone No: | |
| Fax Number or | |
| E-Mail Address: | Do not send |
| Cash Cap (Y or N) | Yes |
| Reflect on Billing Card: | Yes |
| Name of Billing Card Co: | EFS |
| Billing Card Acct Number (CD | 105659 |

| MONTHLY REBATE | |
|---|---|
| REBATE CHECK | |
| Standard Disc. Schedule | |
| Back up with rebate check | |
| By Station or Card number | |
| Ramp up time (Sales use) | |
| Mail Rebate Check To: | |
| | |
| | |
| | |
| | |

| Leave all other discounts in place. (Y or N) | Yes |
|---|---|

NOTE: If this box is left blank this add/change form will replace all previously implemented discounts

| B2B Member (Y or N) | denied - 2-14-08 |
|---|---|

## PLEASE LIST SPECIFIC DISCOUNTS BELOW:

| Store Number | Location | Rebate | Off Invoice | Cost Plus Pump Fee |
|---|---|---|---|---|
| Default (every location w/o a Site Specific Discount) | | | | |
| 445 | Burns Harbor, IN | | .055 better of | zero |
| 92, 293, 424 | Ocala, FL | | .055 better of | zero |
| 95 | Wildwood, FL | | .055 better of | zero |
| 341 | Las Vegas, NV | | .055 better of | zero |
| 237 | Salinas, CA | | .055 better of | zero |
| 343 | Otay Mesa, CA | | .055 better of | zero |
| 165 | Effingham, IL | | .10 better of | zero |

PFJGSW041992

1B090-PJFHC KOLEASCO-000013



August 4, 2008

Matt Hoestetler
**Koleaseco**
4265 Corporate Exchange Drive
Hudsonville, MI

Dear Matt:

Thank you for taking time to talk with me and review your current Pilot direct bill discount program. In an effort to increase your overall monthly volume by 40,000 a month we will change the discounts at the following locations:

Burns Harbor, IN Cost plus 0 retail minus .055
Ocala, and Wildwood, FL cost plus 0 retail minus .055
Las Vegas, NV cost plus 0 retail minus .055
Salinas, Hesperia, San Diego, CA cost plus 0 retail minus .055
Effingham, IL cost plus 0 retail minus 10

We will offer to do this with the understanding that Koleaseco is going to continue directing more over the road fuel purchases toward Pilot. We will review your progress towards pumping 100,000 gallons a month by the end of November. *Pilot reserves the right to renegotiate discounts, rebates or fees should margins or volume change dramatically.*

Please feel free to call me with any questions or Janet Welch at 1-800-562-6210, extension 2671.

Sincerely,


John Spiewak
Regional Sales Manager
Pilot Travel Centers LLC

PFJGSW041993

1B090-PJFHC KOLEASCO-000014

**Janet Welch**

**From:** John Spiewak
**Sent:** Friday, August 22, 2008 10:29 AM
**To:** Janet Welch
**Subject:** Koleaseco

We need to make the following changes to Koleaseco and yes I will send a letter for follow up on this with ramp up and threasholds.

Burns Harbor, IN Cost plus 0 retail minus .055
Ocala, and WIldwood, FL cost plus 0 retail minus .055
Las Vegas, NV cost plus 0 retail minus .055
Salinas, Hesperia, San Diego, CA cost plus 0 retail minus .055
Effingham, IL cost plus 0 retail minus 10

1

PFJGSW041994

1B090-PJFHC KOLEASCO-000015