

February 22, 2008

Mike Queen
Queen Transportation
56 3rd Street SE
Hickory, NC 28602

Dear Mike:

I would like to introduce Pilot Travel Centers Direct Bill Program. This program offers you a **zero transaction fee** through your current fuel card, when you fuel at Pilot Travel Centers. Pilot will simply bill your company directly for the transactions purchased at Pilot on a weekly basis. Once you are on direct bill, Pilot will support you with the following discounts at our Travel Centers based on receiving 50,000 gallons per month. We will allow a 60 day ramp up period beginning March 1st to achieve this gallon goal.

| Location | Discount |
| --- | --- |
| **All Pilot Travel Centers** | **Cost Plus $.04** |

Along with this convenient billing process, Pilot offers your drivers many advantages.
Some other benefits of fueling at Pilot include:

- Over 300 Pilot Travel Centers across the U.S. and Canada
- Low pump prices
- Full service and fast food restaurants
- Cat Scales, TransFlo Express; Trip Pak
- Driver Loyalty Program
- Free parking at most locations

Pilot looks forward to helping lower your fuel costs and will always work to provide you with great service. If you have any questions or need additional information, please contact me at (336)403-8847 or Linsey Vanover at (800) 562-6210 extension 2027.

Sincerely,

*Sylvia Herndon*

Sylvia Herndon
Pilot Travel Centers LLC
Sylvia.herndon@pilottravelcenters.com
Linsey.Vanover@pilottravelcenters.com
Fax (865) 297-1766

*The Customer Driven Company*

PILOT TRAVEL CENTERS LLC. • P.O. Box 10146 • Knoxville, Tennessee 37939-0146 • 865/588-7488