**To:** mqueen@queentransportation.com[mqueen@queentransportation.com]
**Cc:** Katy Bibee[Katy.Bibee@pilottravelcenters.com]
**From:** Sylvia Herndon
**Sent:** Mon 2/23/2009 4:48:11 PM
**Importance:** Normal
**Subject:** Follow up
**Received:** Mon 2/23/2009 4:48:11 PM

Mike, after going back and forth with my boss we have come to an agreement. If you do 25K, we will give you the cost plus 4 that we agreed to. If not- your deal will be 1 cent for 10k, 2 cents for 20. Our agreement letter said we would give you 60 days to ramp up and we extended our offer much longer.Cost plus 4 for 25 is what we offered you in the beginning and gave you our discount of cost plus 4 when the gallons were never reached. I feel like this is fair. I hope with the new deals that you have and the new trucks this will not be a problem. Sylvia