| | |
|---|---|
| 1 | VINCE GRECO: Did he get -- lose strength on one side a little bit, too, or |
| 2 | just his speech? |
| 3 | MARK HAZELWOOD: No. He really didn't -- |
| 4 | MALE 2: One little twitch. |
| 5 | MARK HAZELWOOD: One little twitch but that's about it. |
| 6 | VINCE GRECO: Yes. |
| 7 | MARK HAZELWOOD: [15:11:35]. |
| 8 | VINCE GRECO: That's good. I'm glad he's doing all right. |
| 9 | MARK HAZELWOOD: Yes. I heard somebody else come in there. Is that Kevin? |
| 10 | KEVIN HANSCOMB: Sorry, guys, I just landed. |
| 11 | MARK HAZELWOOD: Yes, it was Kevin. How you doing? |
| 12 | KEVIN HANSCOMB: Good. |
| 13 | MARK HAZELWOOD: And we just -- we just started. We're just going and I'll |
| 14 | run through it and then if John and Scott have anything here, then we'll get |
| 15 | through it all. Here's what I'd say right now, guys, [PH[15:11:59] a news |
| 16 | update. We've got great momentum. We finished the month flat, and you say, |
| 17 | well, that doesn't sound very good, but our extra days were Friday, Saturday |
| 18 | and Sunday for March and last year they were Thursday, Friday, Saturday. |
| 19 | Easter was in April. We would have been up 3.5% like to like. So we got a |
| 20 | lot of go -- momentum going on and you can see that our competitors don't. |
| 21 | You know, TA ended up down in the fourth quarter about five, four. We were |
| 22 | actually up one, seven. Now I don't know what Love's is right now, my guess |
| 23 | is they're running down 2% or 3%. So got a lot of momentum, got to keep |
| 24 | things going on. Discounts, I know everybody's working on them, but continue |
| 25 | this kind of hand-to-hand combat |

4

[15:12:45]
and if somebody hasn't delivered or if we've given too big a discount at one location, they didn't deliver gallons, and as you guys know, it's not easy. It's going through every account by every location and figuring out do I really need to give this deal or not. Does that make sense?

VINCE GRECO: Yes.

RON CARTER: Yes, sir.

MARK HAZELWOOD: Factoring, and I'm going to let Stick talk to this. I know he's been working on a lot of these, you know, kind of factoring deals and, you know, who's the player. What -- and what are we going to do going forward? So I'm want to turn it over to Stick.

JOHN FREEMAN: You know, there's kind of three categories in this deal that our buddies at TA play in. There's the factoring group, there's the aggregate group and then there's the owner/operator group. And we know TA backed out of the Fleet-Tech and the Transnet deal back six or eight months ago. We started to hear rumors they were going to pull out of some of the other factoring companies, and the conversations I've had with the factoring companies, some of it brought on by me, some of it brought on by the factoring companies reaching out to us, was they started hearing TA was going to pull.

Well, this weekend we got -- we got a call from a factoring company that TA had actually called them and said they were discontinuing offering the cost plus deal to the customers that factor with them, and they were going to a retail minus three. So, you know, if there's ever a chance for us to reconfigure how these factoring companies use our margin to help them earn

5