Trip Report

Spent Monday at the Nat. Championship entertaining customers.

Tuesday – Thursday. Sales calls with Jay throughout Georgia. We did not get to see Brown which is Jay's largest single opportunity in his area. They have provided their fueling info and with Brian there I do believe we will get a solid shot at this business. Jay's opinion is that they will try to split the gallons between us and Love's. They do have a large OO fleet and will do business with everyone regardless of the deal but Kevin, they guy running the fuel is a Love's guy….not because of pricing as much as they were willing to give him premium pricing all along regardless of gallons into their network….we were not as much.
We worked a new opportunity with a private fleet called Forest Products. Could be as much as 150k. CDN/Mastercard so a manual cp deal is in the works. Buyer is sold on us and the savings opportunities. Also hit East West which has brought in a new dude to review all costs. They seemed very interested in net net buying and producing a network….something they never considered when buying from FJ.
All in all a solid week with the right amount of hustle and intensity. Jay will have to have a bunch more of these types of weeks to keep what he has while hitting the new stuff as well.

QKX17_0043530011