Trip Report 1/16/12

I have spent the week 100% focused on the completion of the rollout of the RV Plus Charge Card.  Needless to say we have run into our share of issues*.mainly programming completion   from TCH on the actual performance of the card.  We currently have 12k applicants in waiting to be sent to the billing card for processing and as of this moment, we don*t have live cards to test in an actual purchasing situation.
Phillips is in the loop and ensures me his team is focused on the completion of the programming.  We probably still have a little time to slow walk the applicants but the window is closing.
I*ll fillMark in further at lunch.

QKX17_0043528076