Trip Report

Week of January 23

Spent the week visiting customers with Chris is southern Florida.  Mainly focused on his Miami connections and his venture to secure Cuban citizenship.  Interesting dynamic down there in that they all run OO s, they all have switched their cards to TCH, all on DB, all get rebate checks, all direct the OO s to exactly where they want them to fuel and don t pass a penny back to the driver.  Obviously because most are here illegally, don t have any way to make a living   get in a truck   .no telling how, and have to do exactly what the owner tells them to do.  Reminds me of the Serbian deal Spiewak has going on in Grand Rapids.  Obviously Chris has done a nice job with these guys.  Love s has discovered this honey hole too    .probably from seeing these guys in our stores    .but they have made a run at all of these guys.  Everybody mentioned it and only two acted like they would consider Love s offer.  The rest won t leave.  This is what we knew could happen with having some consistent presence down there.  There are a million other little companies still down there.

Also hit Armellini coming out.  Maybe, just maybe, Jeff is going to do his job and direct his guys to one versus the other.  He is to let us know on Chris  proposal very soon.  We got stood up at Walpole by the CFO    the one who is complaining about single price to Tchek.  We did speak to him and he claimed Rod is still saying they produce an independent price.  Talked to Rod and he denied.  Walpole speaking to CDN and of course no mention that we are going single price there too.

RV Plus Card seems to be getting closer to finish building.  We will know better today if/when new cards come in overnight and how they act when used in a live transaction.