Trip Report 1/30/12

Traveled this week in E Pa and S NJ with both Arnie and Kevin.  We were probably 75% Kevin*s accounts but did work in two of Arnie*s in Penske and NFI.  We have some decent opportunity on a couple of Kevin*s accounts both existing and prospects we marketed.  We ran into a Sokolis account where we were at 60% prior and he politely converted to TA and cp.  We will work hard to make this change.
Penske was a battle.  They of course want a bunch and don*t plan on delivering anything.  TA has dropped the drawers and that*s all the ammo Virind needs to imply that he has some starch.  Will probably settle on some type of tiered discount structure.
NFI.  High end meeting where Arnie asks Mike for his gallons in more markets.  Arnie is right, Mike does a lot at that company and probably lets some things go unattended*but he   was very receptive to moving gallons if all made sense.
Intro*d new set up in Canada to Arnie.  Excited for Ron.