Trip Report 3/12/12

Traveled this week with John Spiewak in Michigan and mainly in Grand Rapids. John did this week, and has done a nice job overall, of digging back in to the customers business. I saw this week an effort to dig, ask questions and work to find the one or two truckstops where we don*t get the business and working to earn. This is exactly what he needs to do with such a huge book of direct bill business. John has done a great job in this market with the Bosnians with his connection with Sweet Express and McGlynn. We hit a 70 truck fleet, all Bosnians, all OO*s, that currently use and factor through Apex, that will go on direct bill, get some type of cp pricing*due to currently getting cp with Apex and TA, and earn all of this guys business.
I believe Arnie has done a nice job of telling a seasoned sales guy*.your not in trouble, but your not getting it done at the clip we want you to go*and John has recognized it and ramped up the intensity. He hasn*t signed a ton of new DB accounts but his trend is strong and he will make more money for it, because of this approach.
I probably won*t be with John again until late in the year as my attention for the next 3-4 months will be helping Ron get his feet under him with his new job and responsibilities.