Trip Report 3/19/12

Mostly office work to drive my accounts.  Traveled to Nashville on Tuesday to hit Gray Bus Transportation per a lead and request from Beth Franklin.  Decent opportunity on gallons and specifically EFS Mastercard platform.  Gentleman I met with was not the sharpest knife in the drawer and could be Barak¬s cousin.  Theyhave it all figured out.
Wednesday we did the CDR Portfolio presentation with EFS team.  Interesting day to say the least.  Only two of the companies in the portfolio were present, USF and Servicemaster.  The latter is a huge CDN fan and boxed heavily with Phillips during his presentation.  Big money guy sees the value in wrapping all companies into one platform and will have to make a decision to shove Servicemaster onto the card.  Scott didn¬t care to get challenged and has taken some steam from his shorts.  I have had multiple conversations with CDR and US Foods since meeting and will continue to push.  Need and requested individual fueling data along with each portfolio company financials.

Next week.  Canada with Ron.