Trip Report 3.26.12

Spent the week traveling with Ron in the GTA. Our calls were basically the same as other visits with the difference being I am more attuned to how they do what they do up there and better suited to participate and contribute. Ron almost comes across as rude by being so direct and short but I guess that*s normal because not one person looks cross eyed at him.

My main points of concern and opportunity are:

Create and change the language we use in our pricing model for both the customer and internally here at Pilot Travel Centers LLC
Understand the pricing generated through Ascend
Ensure that pricing is accurate
Define all the columns
Total disclosure from Matt so we can know how to bullshit when we bullshit.
P&L cannot be anywhere near accurate. Part of the misinformation centers around the bucket pricing and what exactly the *pumping fee*is.
NOC in Canada
Does the starting margin number include our rebate from Shell.

Ron* plan is to add one sales person out west before he adds someone on the east side. He and Jon have a plan to meet with a couple of candidates in the next 2 weeks.
Ron will plan on staying here for an extra day following the sales meeting to meet with Matt, Jerry, Vicki and all parties involved in Canada. He has quite a bit of relationship building to do with our internal folks to become more effective.

Next week*.Masters.