Trip Report 4/16/12

Traveled with Jay and JW on their fourth and last full week together to transistion accounts from Jay to JW.  We did the long triangle up 81 to Richmond, down 95 to Fayetteville and across 40 to the house.   On the fourth week together you can only imagine how close they*ve grown and sick and tired of each other they have become*but it was okay.
JW has an incredible presence and charisma in front of customers.  Now we have to put some knowledge of what we do around that presence to find out if he can sell.  Right now he is all words with no substance.  There were some really good moments and some not so good but if he is really serious about learning and succeeding, he can do great here.  As we all know, this is a very humbling job and maybe it is going to take losing an account to really shake him up and realize you can*t charm your way through this.  I would definitely call this week a step in the right direction.

QKX17_0043507516