# Weekly Call Sheet

| | |
|---|---|
| Company | Gingerich Trucking LLC |
| Contact | Don Gingerich |
| Status | Funded |
| Fuel Cards | TCH |
| Gallons | 32,000 |
| Comments | Met with Don, getting pinched with fuel pricing; Sounds like we are missing about 20% of the gallons here, starting to fine the drivers for not fueling in network; Claims he can't get a fuel report showing purchases via TCH; I called a got him 6 months emailed to him from Tyler; He understands the biggest impact he can make is forcing network compliance. |

| | |
|---|---|
| Company | TJ Stidham |
| Contact | Chet Barrows |
| Status | Direct Bill |
| Fuel Cards | Comdata |
| Gallons | 30,000 |
| Comments | Met with Chet; RM05 all over, CP06 in 10 markets, paying daily, no cash on direct bill - discount off invoice, Comdata is reflecting; Chet would like to add $3k a day in cash advance, told him I would check into that for him; FINS were not that great. |

| | |
|---|---|
| Company | JD Associates |
| Contact | Jim Downer |
| Status | Direct Bill |
| Fuel Cards | TCH |
| Gallons | 38,000 |
| Comments | Met with Jim, just checking in; things are going well, fuel prices higher than expected is hurting them like everyone but nothing they can't weather. Also talked with Tom; Everybody is happy with the program and our service. |

| | |
|---|---|
| Company | Rowland Transportation Inc |
| Contact | Doc Hyder |
| Status | Direct Bill |
| Fuel Cards | T-Chek |
| Gallons | 128,000 |
| Comments | Met with Doc, gallons slipped 15,000 last month from January, Doc says it was business volume, giving us 85% of the volume. We discussed the custom directory with the better locations via taxes to fuel, Doc believes this will help his guys buy better with a limited network; Left him the Sunstate example and emailed over net tax by state worksheet. |

| | |
|---|---|
| Company | Pollywog Transport, Inc. |
| Contact | Lori Liberatory |
| Status | Direct Bill |
| Fuel Cards | EFS |
| Gallons | 57000 |
| Comments | Met with Lori (Chad and Steve both driving this week); Checking in making sure |

everything is good. Lori had no issues (a real first for her); Best meeting ever had with them. Will continue to build these relationships.

| | |
|---|---|
| Company | Wayne T Fellows, Inc. |
| Contact | Tom Fellows |
| Status | Direct Bill |
| Fuel Cards | TCH |
| Gallons | 47,000 |
| Comments | Met with Tom, daughter Donna as been every sick, hospital for 17 days, on the road to recovery now; Business is good and other than high fuel prices, all is well. Great customer. |

| | |
|---|---|
| Company | Rowland Truck Lines |
| Contact | Dusty Rowland |
| Status | Direct Bill |
| Fuel Cards | Comdata |
| Gallons | 28,000 |
| Comments | Met with Dusty and his staff; gallons are strong and continuing to grow as Dusty brings more units into the business (all company guys here); Left them more directories and couple PFJ coffee mugs. Everyone is happy here. |

| | |
|---|---|
| Company | Schwend Logistics, Inc. |
| Contact | Jeff Schwend |
| Status | Direct Bill |
| Fuel Cards | EFS |
| Gallons | 85,000 |
| Comments | Met with Jeff (wearing his PFJ shirt) just checking in; viewed the PFJ website and best way to see updated DEF locations; has DEF in terminal also; Jeff is a great guy and happy with the program; dropped them off a few left over mugs from the new store opening. All is well. |

| | |
|---|---|
| Company | Coastal Trucking Company |
| Contact | Yupin Syrop |
| Status | Direct Bill |
| Fuel Cards | EFS |
| Gallons | 0 |
| Comments | Met with Yupin and Dewayne (took the fuel responsibility when Steve left last month); Yupin says she has given the 60 notice necessary to stop factoring and using the fuel program with APEX. Moving back to traditional EFS card and using DB giving PFJ all her gallons. Sounds great but we're been around the block a few times with them. |

| | |
|---|---|
| Company | ABCO TRANSPORTATION INC 30955282 |
| Contact | Rob Bowman |
| Status | Direct Bill |
| Fuel Cards | TCH |
| Gallons | 392,000 |
| Comments | Met with Rob Bowman and Julie Burden; Improved the discount due to bidding |

from competitors to CN02/RM06 - continuing to rebate the $.65 TCH transaction fee because the company will not share FINS or offer up a deposit.  Adding 50 DEF unit this quarter (some growth); Discussed PFJ's investment into facalities, especially showers this year and our new direction of "driver driven" and friendly service in cleaner locations.  Happy with the discount changes and solid on relationship.