**STROZ FRIEDBERG**
**an Aon company**

# CURRICULUM VITAE

# David Preston Miller
Senior Consultant
New York, NY

E pmiller@strozfriedberg.com

T +1 646.524.8434

32 Avenue of the Americas, 4th Floor, New York, NY 10013

**PROFESSIONAL EXPERIENCE**

STROZ FRIEDBERG
**Senior Consultant**, 2018 to Present
**Consultant**, 2016 to 2018
**Cyber Associate**, 2015 to 2016
**Digital Forensics Summer Associate**, 2014

Conduct digital forensic acquisitions and analyses of laptops, desktops, servers, mobile devices, removable media, web and cloud based applications and storage, and other media in civil litigations and criminal matters. Perform incident response functions related to network compromise and data breach incidents. Carry out complex, large-scale digital forensic and eDiscovery projects involving the preservation, processing, and production of electronic data from a variety of digital sources.

- Repair and preserve mobile device subjected to water damage to recover client data.
- Perform analysis, quantification, and recovery of deleted messages from the iPhone Messages application SQLite database.
- Execute hardware "chip-off" procedure successfully to acquire data from a password-protected mobile device.
- Lead forensic investigation analysis efforts in a phishing attack that involved half a million dollars in damages. Identified source of compromise and consulted with the client on security enhancing recommendations.
- Perform multiple large-scale acquisitions of 50+ laptops, desktops, and mobile devices.

WEST VIRGINIA STATE POLICE
**Digital Crime Lab Graduate Assistant**, 2013 to 2015

Perform numerous activities including: evidence inventory, imaging processing, analysis, peer review, and maintain case logs and associated paperwork. Instructed by analysts in the use of Magnet Forensics' IEF, Cellebrite's UFED Touch, Access Data's FTK & MPE, and MSAB's XRY. Responsible for creating a digital evidence submission form and database using Microsoft's Access to replace current paper system.

MARSHALL UNIVERSITY
**Student Teacher**, 2014 to 2015

Taught weekly courses to undergraduate and graduate students focusing on Python and open source forensics. Introductory Python course taught with a digital forensic emphasis. Among others, students completed modules on writing Python scripts to obtain USB connection times on Windows and Mac OS X, hashing files using the MD5 and SHA1 algorithms, and using AES to encrypt and decrypt data. Open source forensics course covered analysis of memory and disk artifacts leveraging the Sans SIFT Workstation and included software such as Volatility and RegRipper.

# David Preston Miller

Senior Consultant

New York, NY

E    pmiller@strozfriedberg.com

T    +1 646.524.8434

32 Avenue of the Americas, 4th Floor, New York, NY 10013

**ACCESS DATA**
**Volunteer Intern**, 2014 to 2015

Researched and wrote comprehensive reports on Windows 8 and OS X forensic artifacts. Windows 8 research focused on first and third party Metro applications and their associated artifacts. OS X research covered many topics including: first party app deconstruction and analysis of secure delete functionality and various HFS+ artifacts.

**MARSHALL UNIVERSITY**
**OSIX Analyst**, 2013 to 2014

Among the founding group of students that participated in Marshall University's Open Source Intelligence Exchange program. Trained in various open source intelligence-gathering techniques. Attended an open source intelligence conference at the West Virginia Fusion Center and the annual AIDE conference. Led as the student project supervisor for tasks from the WV Fusion Center.

**EDUCATION**

**MARSHALL UNIVERSITY**
M.S., Forensic Science with emphasis in Digital Forensics, 2015

**VASSAR COLLEGE**
B.A., Biochemistry, 2013

**CERTIFICATIONS**

EnCase Certified Examiner (EnCE), 2017

GIAC Certified Incident Handler (GCIH), 2016

GIAC Certified Forensic Examiner (GCFE), 2015

**TRAINING**

**The SANS Institute**
DFIR Summit + FOR610: Reverse-Engineering Malware, 2018

**iPad Rehab**
Practical Board Repair School, 2017

# David Preston Miller

Senior Consultant

New York, NY

E    pmiller@strozfriedberg.com

T    +1 646.524.8434

32 Avenue of the Americas, 4th Floor, New York, NY 10013

**The SANS Institute**
SEC504: Hacker Tools, Techniques, Exploits, and Incident Handling, 2016

**The SANS Institute**
FOR408: Windows Forensic Analysis, 2015

**Appalachian Institute of Digital Evidence**
Appalachian Institute of Digital Evidence (AIDE) Conference, 2015

**Appalachian Institute of Digital Evidence**
Appalachian Institute of Digital Evidence (AIDE) Conference, 2014

## PUBLICATIONS

December 2015: "The Cryptocurrency Enigma" in John Sammons (Ed.), "Digital Forensics: Threatscape and Best Practices" (pp. 1-24). Waltham, MA: Syngress.

May 2016: "Learning Python for Forensics." Preston Miller and Chapin Bryce. Birmingham, UK: Packt Publishing Ltd.

September 2017: "Python Digital Forensics Cookbook." Preston Miller and Chapin Bryce. Birmingham, UK: Packt Publishing Ltd.

## PRESENTATIONS

April 2015: "AnParser: Open Source Android Artifact Parser Framework" - Presented at the Appalachian Institute of Digital Evidence Conference in Huntington, West Virginia.

## AWARDS AND RECOGNITION

Digital Forensic Book of the Year, Forensic 4cast, 2018
Scientific Scholarship, The J. Edgar Hoover Foundation, 2014