UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:16-cr-20 |
| v. | ) | Judges Collier/Guyton |
| | ) | |
| MARK HAZELWOOD | ) | |

GOVERNMENT'S NOTICE OF FILING
STIPULATION NO. 1 BETWEEN THE GOVERNMENT AND
DEFENDANT MARK HAZELWOOD RELATED TO SENTENCING

The government hereby gives notice that it is filing the attached "Stipulation No. 1 between the Government and Defendant Mark Hazelwood Related to Sentencing."

Respectfully submitted,

CHARLES E. ATCHLEY, JR.
ATTORNEY FOR THE UNITED STATES
ACTING UNDER AUTHORITY
CONFERRED BY 28 U.S.C. § 515

BY: *s/Francis M. Hamilton III*
    _____
    Francis M. Hamilton III
    David P. Lewen, Jr.
    Assistant United States Attorneys
    800 Market Street, Suite 211
    Knoxville, Tennessee 37902
    Telephone: (865) 545-4167

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2018, the foregoing Notice of Filing was filed electronically. Notice of its filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and e-mail. Parties may access this filing through the Court's electronic filing system.

                                                  *s/ Francis M. Hamilton III*
                                                 Francis M. Hamilton III
                                                 Assistant United States Attorney