UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-CR-20 |
| | ) | |
| MARK HAZELWOOD, | ) | Judge Collier |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Before the Court is Defendant Mark Hazelwood's June 25, 2018 motion for a new trial. (Doc. 566.) The United States (the "Government") responded in opposition on July 9, 2018. (Doc. 578.) Also before the court is Defendant's July 10, 2018 motion for leave to file a supplemental brief in further support of his motion for a new trial. (Doc. 579.) Defendant filed an additional brief in support of this second motion on July 16, 2018. (Doc. 587.) The Government responded in opposition to the July 10 motion and the July 16 brief on July 17, 2018. (Doc. 594.) On Saturday, July 21, Defendant filed a second supplemental brief in support of his motion for leave to file a supplemental brief in support of his motion for a new trial. (Doc. 605.) The Government responded in opposition on July 23, 2018. (Doc. 608.) Defendant filed a third supplemental brief on August 31, 2018. (Doc. 656.) The Government responded on September 6, 2018. (Doc. 662.) On September 10, 2018, Defendant filed a motion for an evidentiary hearing and oral argument on his motion for new trial (Doc. 664), which the Government opposed (Doc. 665).

The Court **DENIES** Defendant's motions for a new trial (Doc. 566) and to supplement (Doc. 579) for the reasons set out in the accompanying Memorandum. The Court **DENIES** Defendant's motion for an evidentiary hearing and oral argument (Doc. 664) because neither

additional evidence nor oral argument are necessary to the Court's resolution of Defendant's motion for a new trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**