

*From the Desk of*
Roy Dobrasinovic
15W580 N. Frontage Road
Burr Ridge, Illinois 60527

September 21, 2018

The Honorable Curtis Collier
United States District Court Eastern District of Tennessee
900 Georgia Avenue, Room 253
Chattanooga, Tennessee 37402

**RE: Mark Hazelwood - Supplemental**

Dear Judge Collier:

My name is Roy Dobrasinovic. I write this supplemental letter on behalf of Mark Hazelwood.

As previously stated, my business dealings with Mark Hazelwood have been above board and conducted with integrity. Although it is true that rebates were withheld from my company, said events had no materially negative impact on my business in any manner, and eventually, we were made whole.

I am aware of the situation that Mark faces, but today, I again ask that you have mercy on him.

Regards,

Roy Dobrasinovic

RD/mth