**KEVIN W. BURCH**
**PRESIDENT, JET EXPRESS, INC.**
**4518 Webster Street, Dayton, Ohio 45414**

August 15, 2018

The Honorable Curtis Collier
United States District Court Eastern District of Tennessee
900 Georgia Avenue, Room 253
Chattanooga, Tennessee 37402

Dear Judge Collier:

I have known Mark Hazelwood and his family for over two decades through both of our work in the trucking industry. I first met Mark when he was with Pilot Flying J and got to know him through our memberships with the Truckload Carriers Association and the American Trucking Associations.

Mark has been a valued friend and business man that would share his expertise when it came to understanding the issues as had within the trucking industry. I saw first-hand over the years of Mark taking the time to mentor or assist new companies to understand the fuel business.

Mark has always been dedicated to improving the industry and was always the first one to volunteer to help on a committee or to lead an initiative that was being discussed. When asked, Mark always stepped up to the plate and got the job done. He assisted with support on creating a better image of trucking via a new program known today as *Trucking Moves America Forward.*

Mark has the "common-thread" that so many of us have in trucking. He is passionate, understanding and is able to communicate to get the job done. That is what we do in trucking not to mention doing is safely. Mark's warmth, personality and passion is why I became close colleagues with Mark. He is someone you can always count on in time of need and someone that I am fortunate I have worked closely with over the years.

Thank you for your time.

Sincerely,

*Kevin W Burch*

Kevin W. Burch
President, Jet Express, Inc.