

# G & P Trucking Company, Inc.
**126 Access Road Gaston, S. C. 29053**

September 21, 2018

The Honorable Curtis Collier
United States District Court Eastern District of Tennessee
900 Georgia Avenue, Room 253
Chattanooga, TN 37402

RE: Mark Hazelwood

Dear Judge Collier:

My name is Billy Lynch. I am the Vice President Controller for G&P Trucking. While I did not know Mark Hazelwood personally I can tell you with certainty the rebates withheld from our company had no material impact, of any kind on our business. Additionally, we were reimbursed, in full, for the rebates.

Sincerely,

William C. Lynch
V.P. - Controller