The Honorable Curtis Collier
United States District Court
Eastern District of Tennessee
900 Georgia Avenue, Room 253
Chattanooga, Tennessee 37402


Dear Judge Collier:

I am writing this letter to you on behalf of and in support of my very close friend, Mark Hazelwood.

I have known Mark for over twenty years and have always viewed Mark as not only a business partner but also a friend. I work for TMC Transportation in Des Moines, IA and we are one of the largest open deck trucking companies in the United States. During his time with Pilot Flying J, Mark has been instrumental in working with our company on creating a fuel network that has saved us millions of dollars a year by optimizing and working with us on a cost plus/retail minus point of sale discount structure.

Mark oversaw the implementation of numerous process improvements like direct billing, transflow which is a document scanning process which greatly improved our ability to bill customers and collect revenue. Seeing to it that we have Diesel Exhaust Fluid at the pumps enabling our driver's quick access and at a much lower price than purchasing in jugs.

Mark with the help off several others at Pilot Flying J he continued to grow the PFJ network which allowed our drivers more access points for fuel so they can fuel when it is convenient and works within their available hours of service. Mark has been instrumental in improving the lifestyle for over the road drivers and general public with his innovation and dedication to helping build the nicest truck stops on the road.

One thing about Mark that has always made me proud to call him a friend is his willingness to give. On multiple occasions I've been witness to him giving not just money but time to various charities. I've seen Mark's willingness to give also inspire others to give generous amounts during the charity function.

I've had the pleasure to meet a lot of Mark's family and have thoroughly enjoyed getting to them over the years. They have done a great job raising successful children. Mark is a wonderful grandfather as well. The love he has for his family is something we should all strive to have. He is an integral part in all of their lives on a daily basis.

Please take into account Mark's love of people in general and his family and his willingness to give not only money but time to various charities.


Sincerely,
Jason M. Webb

TMC Transportation