✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Tennessee__

United States of America

V.

Mark Hazelwood

**EXHIBIT AND WITNESS LIST**

Case Number: 3:16-cr-00020-CLC-HBG-1

| PRESIDING JUDGE  Curtis L. Collier | | | PLAINTIFF'S ATTORNEY  F M Hamilton III, David P. Lewen | | DEFENDANT'S ATTORNEY  B.Henry, G.Winston, J. Walden |
|---|---|---|---|---|---|
| TRIAL DATE (S)  Sentencing date 9/26/2018 | | | COURT REPORTER  Elizabeth Coffey | | COURTROOM DEPUTY  Barbara Lewis |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | x | 9/26/2018 | X | X | Declaration of Dr. Benjamin Wilner with attached Exhibits to the Declaration-Exhibit Nos. 1-4 |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages