# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES,**　　*Plaintiff-Respondent,* | ) No. 3:16-CR-20 ) ) Before U.S. District Court |
| v. | ) Judge Curtis L. Collier ) |
| **MARK HAZELWOOD,**　　*Defendant-Movant.* | ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Mark Hazelwood appeals to the United States Court of Appeals for the Sixth Circuit from:

- the Judgment announced orally on September 26, 2018, and to be entered at a later date;

- the ruling announced on September 26, 2018, denying Defendant's Motion for Release Pending Appeal (R. 702);

- the Order entered September 21, 2018, denying Defendant's Motion for a New Trial (R. 700), and related motions;

- the Order entered January 29, 2018, denying Defendant's Motion to Reconsider Admission of Government Exhibits 529, 530 and 531 (R. 455); and

all other rulings and orders entered in this proceeding leading up to, part of, or intertwined with, the Judgment.

Dated: September 27, 2018　　　　　　　　　　　　　　Respectfully submitted,

1

/s/  Jim Walden
Jim Walden
Georgia Winston
WALDEN MACHT & HARAN LLP
1 Battery Park Plaza, 34th Floor
New York, NY 10004
(212) 335-2030- Telephone
(212) 335-2040- Facsimile
jwalden@wmhlaw.com
gwinston@wmhlaw.com
*Attorneys for Defendant Hazelwood*

/s/   Bradley L. Henry
Bradley L. Henry (BPR # 025447)
BREEDING & HENRY, LLC
900 South Gay Street, Suite 1950
Knoxville, Tennessee 37902
(865) 670-8535- Telephone
(865) 670-8536- Facsimile
brad@breedinglaw.com
*Attorneys for Defendant Hazelwood*

**CERTIFICATE OF SERVICE**

I certify that the forgoing document was electronically filed on September 27, 2018, Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/Bradley L. Henry