IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 3:16-CR-20 |
| | ) | (Collier/Guyton) |
| MARK HAZELWOOD et al., | ) | |
|     Defendant | ) | |

## MOTION REQUESTING SUPPLEMENTAL MODIFICATION OF TERMS OF RELEASE

Mark Hazelwood, through counsel, files this motion requesting the Court to further modify the terms of his release to permit Joanne Hazelwood's sister Patricia Previtera-Lester to step in as third-party custodian from for an extended period until April 18, 2019 while Mrs. Hazelwood travels.

On March 27, 2019, this Court granted Mr. Hazelwood's request to have Patricia Previtera-Lester to step in as third-party custodian from April 3-14, 2019. (Doc. 865). We now ask the Court to further modify the dates that Mrs. Previtera-Lester will serve as third-party custodian to extend 4 days until April 18, 2019. Mr. Hazelwood will follow all other terms and conditions in the previous Order during this extended period.

I have spoken to counsel for the government and he has no objection to Mrs. Hazelwood's sister continuing as third-party custodian through April 18, 2019.

**WHEREFORE**, Mr. Hazelwood requests that this Honorable Court enter an Order modifying the conditions of his release allowing Mrs. Hazelwood's sister to step in as third-party custodian from for the extended date range of April 3-**18**, 2019.

**DATED**:     Knoxville, Tennessee
              April 3, 2019

1

Respectfully submitted,

s/ Bradley L. Henry_____
Bradley L. Henry (TN Bar No. 025447)
Breeding Henry Baysan PC
900 S. Gay St.
Suite 1950
Knoxville, TN 37902
(865) 670-8535
bhenry@bhblegal.com

s/  Jim Walden_____
Walden Macht & Haran
One Battery Park Plaza
New York, New York 10004
(212) 335-2031
jwalden@wmhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 3, 2019, a true and correct copy of the foregoing document was filed on CM/ECF with the U.S. District Court for the Eastern District of Tennessee. Notice of this filing was served on all CM/ECF parties.

/s/ Bradley L. Henry_____