UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:16-CR-20 |
| v. ) | |
| ) | Judge Collier |
| MARK HAZELWOOD ) | |

## **O R D E R**

Before the Court is a motion by Defendant Mark Hazelwood to modify the terms of his release to allow him to attend a deposition in downtown Knoxville on April 12, 2019, from 1:00 p.m. to approximately 5:00 p.m. (Doc. 867.) The deposition is in an ongoing sealed matter to which Defendant is a party. Defendant's counsel in that matter "believes it would be helpful for Mr. Hazelwood to be present for the is particular deposition to provide assistance and input." (*Id.*) Defendant has sought and been refused leave in the other matter for the deposition to take place in his home. Neither the United States nor Defendant's supervising pretrial services officer objects to Defendant's motion.

For good cause shown, the motion (Doc. 867) is **GRANTED**. Defendant may leave his home to attend the deposition on April 12, 2019, on terms set by his supervising pretrial services officer.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**