UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:16-CR-20 |
| v. ) | |
| ) | Judge Collier |
| MARK HAZELWOOD ) | |

## **O R D E R**

Before the Court is a motion by Defendant Mark Hazelwood to modify the terms of his release to substitute a temporary third-party custodian for his third-party custodian, his wife, for the period of December 5–8, 2019, so his wife may travel for unspecified purposes. (Doc. 904.) Defendant notes that he has been allowed substitute third-party custodians during his wife's previous travel without incident. Defendant asks to substitute his son, Asa Hazelwood, for this period. Counsel represents that Mr. Asa Hazelwood will be informed of his duties as substitute custodian and will sign the bond conditions. The Court also notes that Mr. Asa Hazelwood has served as a substitute custodian before. (Doc. 902.) The United States and Defendant's supervising pretrial services officer defer to the Court. (*See* Doc. 904 at 2.)

For good cause shown, the motion (Doc. 904) is **GRANTED**. Mr. Asa Hazelwood may substitute as temporary third-party custodian from December 5 through December 8, 2019. This substitution shall be on such terms as may be set by Defendant's supervising pretrial services officer, including any additional signature of bond conditions, if requested.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**