UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:16-CR-20 |
| v. ) | |
| ) | Judge Collier |
| MARK HAZELWOOD ) | |

**O R D E R**

Before the Court is a motion by Defendant Mark Hazelwood to amend the Order modifying the terms of his release (Doc. 906) to permit Ty Bossey to substitute as third-party custodian on December 5–6, 2019, in place of Asa Hazelwood. (Doc. 907.) Defendant explains Mr. Asa Hazelwood has had a conflict arise that prohibits him from stepping in as third-party custodian on December 5, 2019. Defendant asks to substitute Ty Bossey, a friend of Mr. Hazelwood, for this period. Mr. Asa Hazelwood will then step in as third-party custodian from December 6–8, 2019, while Mrs. Hazelwood is traveling. They will each be informed of their duties and will sign the bond conditions. The United States and Defendant's supervising pretrial services officer defer to the Court.

For good cause shown, the motion (Doc. 907) is **GRANTED**. Mr. Ty Bossey may substitute as temporary third-party custodian from December 5 through December 6, 2019. Mr. Asa Hazelwood may then substitute as temporary third-party custodian from December 6 through December 8, 2019. This substitution shall be on such terms as may be set by Defendant's supervising pretrial services officer, including any additional signature of bond conditions, if requested.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**