UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:16-CR-20 |
| v. ) | |
| ) | Judge Collier |
| MARK HAZELWOOD ) | |

## **O R D E R**

Before the Court is a motion by Defendant Mark Hazelwood to modify his bail to allow him to visit his late daughter's mausoleum on Christmas Eve, December 24, 2019, and to attend church services on Christmas Day, December 25, 2019, at 11:00 a.m. (Doc. 910.) Defendant notes that he has previously been permitted to visit his late daughter's mausoleum and attend church services on Easter without incident. (*Id.*) The Government does not object to Defendant's motion and defers to the Court. (*Id.*) Defendant's supervising pretrial services officer also defers to the Court. (*Id.*)

For good cause shown, the motion (Doc. 910) is **GRANTED**. Defendant may visit his late daughter's mausoleum on December 24, 2019, and may attend church on December 25, 2019, following the procedures outlined in his motion and any other directions from his pretrial services officer.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**