UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:16-CR-20 |
| v. ) | |
| ) | Judge Collier |
| MARK HAZELWOOD ) | |

## O R D E R

Before the Court is a motion by Defendant Mark Hazelwood to modify the terms of his release to substitute a temporary third-party custodian for his third-party custodian, his wife, for the periods of January 15 through 17 and 22 through 23, 2020, so his wife may travel out of state for unspecified purposes. (Doc. 913.) Defendant notes that he has been allowed substitute third-party custodians during his wife's previous travel without incident. Defendant asks to substitute Parker Bohn as third-party custodian for the first period and to substitute Bobby Maze, who has previously served as substitute third-party custodian, for the second period. (*Id.*) The United States and Defendant's supervising pretrial services officer defer to the Court. (*See id.*)

The motion (Doc. 913) is **GRANTED IN PART** as to January 22 through 23, 2020. Mr. Maze may substitute as temporary third-party custodian during this period. This substitution shall be on such terms as may be set by Defendant's supervising pretrial services officer, including any additional signature of bond conditions, if requested. The motion is **DENIED IN PART AS MOOT** as to January 15 through 17, 2020, in that Defendant's motion was filed on the same day on which his wife intended to leave the state for her three-day trip.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**