UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:16-CR-20 |
| v. ) | |
| ) | Judge Collier |
| MARK HAZELWOOD ) | |

### O R D E R

Before the Court is a motion by Defendant Mark Hazelwood to modify the terms of his release to allow him to attend a legal hearing in downtown Knoxville beginning on Tuesday, August 4, 2020, and concluding on or before Saturday, August 8, 2020. (Doc. 932.) The hearing is in an ongoing sealed matter to which Defendant is a party. As a party, Defendant is required to attend the hearing. Defendant will be accompanied by either his third-party custodian or his counsel. He will coordinate his departure and return times with his supervising pretrial services officer. (*Id.*)

Also before the Court is a motion by Defendant to modify the terms of his release to change his one hour of outside exercise on Sundays from 1:00–2:00 p.m. to 3:30–4:30 p.m. (Doc. 931.)

Neither the United States nor Defendant's supervising pretrial services officer objects to either of Defendant's motions. (*See* Docs. 931, 932.)

For good cause shown, the motions (Docs. 931, 932) are **GRANTED**. Defendant may leave his home to attend the hearing beginning on August 4, 2020, and ending no later than August 8, 2020, on terms set by his supervising pretrial services officer. Defendant's hour of outside exercise on Sundays shall be from 3:30 p.m. to 4:30 p.m.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**