IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 3:16-CR-20 |
| | ) | (Collier/Guyton) |
| MARK HAZELWOOD, et al., | ) | |
| Defendant | ) | |

## DEFENDANT MARK HAZELWOOD'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

COMES the Defendant, Mark Hazelwood, through counsel, and respectfully requests leave to file the Proposed Sealed document because it contains sensitive, protected information.

WHEREFORE, Defendant, Mark Hazelwood, respectfully requests the Proposed Sealed Document be filed under seal.

Respectfully submitted this 9th day of December 2020.

s/ Bradley L. Henry
Bradley L. Henry (TN Bar No. 025447)
Michelman & Robinson LLP
800 3rd Avenue
24th Floor
New York, NY 10022
(212) 730-7700
bhenry@mrllp.com

s/ Jim Walden
Walden Macht & Haran
One Battery Park Plaza
New York, New York 10004
(212) 335-2031
jwalden@wmhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Bradley L. Henry