UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:16-CR-20 |
| v. ) | |
| ) | Judge Collier |
| MARK HAZELWOOD ) | |

## **O R D E R**

Before the Court is Defendant Mark Hazelwood's motion to file a motion under seal. (Doc. 967.) Defendant seeks to seal the motion because it contains sensitive, protected medical information. The Court agrees that the compelling interests supporting nondisclosure of this information outweigh the interests of the public in accessing the information. The seal is no broader than necessary because it does not apply to any filings beyond the subject matter in question. Defendant's motion to seal (Doc. 967) is **GRANTED**. The Clerk of Court is **DIRECTED** to file Document 968 **under SEAL**.

For the reasons set forth in the accompanying sealed Memorandum, the relief Defendant seeks in the motion to be filed under seal is **GRANTED** on the terms set forth in that Memorandum. The Clerk of Court is accordingly **DIRECTED**, upon filing Document 968 under seal, to terminate the motion as having been granted.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**