UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:16-CR-20 |
| v. ) | |
| ) | Judge Collier |
| MARK HAZELWOOD ) | |

## **O R D E R**

Before the Court is Defendant Mark Hazelwood's motion to modify the terms of his release to substitute a temporary third-party custodian for his third-party custodian, his wife, from January 1 through January 2, 2021, so his wife may travel. (Doc. 974.) Defendant notes that he has previously been allowed substitute third-party custodians during his wife's travel without incident. (*Id.*) Defendant asks to substitute his son, Asa Hazelwood, who has previously acted as his substitute third-party custodian. (*Id.*) The United States and Defendant's supervising pretrial services officer defer to the Court. (*See id.*)

For good cause shown, the motion (Doc. 974) is **GRANTED**. Asa Hazelwood may substitute as Defendant's temporary third-party custodian January 1-2, 2021. He shall sign bond conditions, and Defendant's counsel shall inform him of his duties. The substitution shall be on such further terms as may be set by Defendant's supervising pretrial services officer.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**