**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 30, 2020

Mr. David John Debold
Ms. Megan Brenneman Kiernan
Gibson, Dunn & Crutcher

Mr. David Ruben Esquivel
Bass, Berry & Sims

Mr. Francis M. Hamilton III
Mr. Brian Samuelson
Office of the U.S. Attorney

Mr. Shon R. Hopwood
Mr. Kyle Praveen Singhal
Hopwood & Singhal

Ms. Danielle Dudding Irvine
Bass, Berry & Sims

Mr. John E. Kelly Jr.
Bass, Berry & Sims

Mr. Benjamin James Vernia
Vernia Law Firm

Re: Case No. 18-6023/18-6101/18-6102, *USA v. Mark Hazelwood*
Originating Case No. : 3:16-cr-00020-1

Dear Counsel:

The Court issued the enclosed Corrected Order today in this case. If there are any questions, please feel free to contact me.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Mr. John L. Medearis

Enclosure

Case No. 18-6023/18-6101/18-6102

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

Corrected
ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MARK HAZELWOOD (18-6023)
HEATHER JONES (18-6101)
SCOTT WOMBOLD (18-6102)

    Defendants - Appellants

BEFORE: SUHRHEINRICH, DONALD*, and MURPHY, Circuit Judges;

Upon consideration of the petition for rehearing filed by the appellee,

It is **ORDERED** that the petition for rehearing be, and it hereby is, **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: December 30, 2020

_____
*Judge Donald adheres to the dissent