UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:16-cr-020-1  Date: January 12, 2021

United States of America vs. Mark Hazelwood

**PROCEEDINGS:** Bond Hearing.

THE HONORABLE H. BRUCE GUYTON, UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| Jason Huffaker | DCR |
| **Deputy Clerk** | **Court Reporter** |
| | |
| David P. Lewen | B. Henry/J. Walkden |
| **Asst. U.S. Attorney** | **Attorneys for Defendant** |

3:07 – 3:13

I, Jason Huffaker, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: KNOX-DCR_316cr20_20200112_143021.dcr