IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:16-CR-20-CLC-HBG |
| MARK HAZELWOOD, | ) |
| Defendant. | ) |

### ORDER

This case is before the undersigned pursuant to the Court's Memorandum and Order of January 11, 2021 [Doc. 984]. On February 16, 2018, the undersigned entered an Order Setting Conditions of Release [Doc. 491], which included an Appearance Bond [Doc. 491-1] and the Conditional Deed and Declaration of Trust, attached to said Appearance Bond as Exhibit 1, on certain real estate identified therein as 1024 Cherokee Boulevard, Knoxville, Tennessee. Defendant Hazelwood's conviction has been reversed on appeal and the mandate has issued. Accordingly, the Court finds the Appearance Bond is no longer necessary and may be ended.

It is hereby **ORDERED** that the Appearance Bond [Doc. 491-1] is **RELEASED in FULL** and as such, the property located at 1024 Cherokee Boulevard, Knoxville, Tennessee, is **RELEASED in FULL** from all obligations set forth in the Appearance Bond. The Clerk of Court is **DIRECTED** to return the Conditional Deed of Trust to Defendant Hazelwood's counsel.

**IT IS SO ORDERED.**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge