UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:16-CR-20 |
| | ) | |
| MARK HAZELWOOD | ) | Judge Collier |
| SCOTT WOMBOLD | ) | |
| HEATHER JONES | ) | |

**O R D E R**

On October 14, 2020, the Court of Appeals for the Sixth Circuit reversed Defendants' convictions and remanded the case for a new trial. (Doc. 953). The mandate issued on January 7, 2021. (Doc. 982.) The Court will conduct a status conference by telephone on **Thursday, February 18, 2021, at 2:00 p.m. Eastern time**, to discuss setting the matter for trial.

Call-in-access information for the public and the media will be listed on the Court's public calendar, which is available on the Court's public website. *See* https://www.tned.uscourts.gov/district-calendar. Persons granted remote access to the proceedings are reminded of the general prohibition against recording and rebroadcasting court proceedings. *See* Fed. R. Civ. P. 53 and E.D. Tenn. L.R. 83.1(e).

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**