U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [ ] MOTION HEARING
- [ ] PRETRIAL CONFERENCE
- [x] OTHER

Case No. 3:16-cr-20   USA v. Mark Hazelwood, Scott Wombold and Heather Jones

**PRESENT:** Honorable Curtis L. Collier  [x] U.S. District Judge OR [ ] U.S. Magistrate Judge

| David P. Lewen | See attached list | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Barbara Lewis | Elizabeth Coffey | |
| Courtroom Deputy | Court Reporter | Interpreter(s) |

**PROCEEDINGS:**  [ ] DEFENDANT(S) SWORN   [x] DEFENDANT PRESENT

Status Conference held via telephone conference regarding upcoming trial date. Proposed trial dates and proposed jury questionnaires to be filed on CM/ECF by March 15, 2021.

TESTIMONY BY: _____

TRIAL SET: _____

Deft [ ] remanded to custody of U.S. Marshal  [ ] remained in custody  [x] remained on bond

Time: 2:00 to 2:20        Date: 2/18/2021

Time: ____ to ____

Time: ____ to ____

REV 9/13

Attorneys for Defendants

<u>Mark Hazelwood</u>

Bradley L Henry

James Walden


<u>Scott Wombold</u>

David R Esquivel

David Rivera

John E Kelly


<u>Heather Jones</u>

Benjamin J Vernia

Cullen Michael Wojcik

Andrew K. Murray