UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK HAZELWOOD, et al.,<br><br>Defendants. | **MOTION TO DISQUALIFY**<br><br>No. 3:16-CR-20<br>(Collier/Guyton) |

Defendant Mark Hazelwood respectfully moves this Court, before the Honorable Curtis L. Collier, for an Order recusing itself pursuant to 28 U.S.C. § 144 and/or 28 U.S.C. § 455(a). In support of this motion, Defendant submits the following documents:

1. Memorandum of Law in Support of Defendant Mark Hazelwood's Motion to Disqualify;
2. Affidavit of Mark Hazelwood; and
3. Declaration of Jim Walden and supporting exhibit.

Date: May 14, 2021

/s/ Jim Walden
Jim Walden
Georgia Winston
WALDEN MACHT & HARAN LLP
250 Vesey Street, 27th Floor
New York, New York 10281
(212) 335-2030
jwalden@wmhlaw.com
gwinston@wmhlaw.com

/s/ Bradley L. Henry
Bradley L. Henry (BPR # 025447)
MICHELMAN & ROBINSON LLP
800 3rd Avenue, 24th Floor
New York, NY 10016
(212) 730-7700 (T)
(212) 730-7725 (F)
bhenry@mrllp.com

/s/ Robert M. Cary
Robert M. Cary
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5175
rcary@wc.com
(Pending admission *pro hac vice*)

CERTIFICATE OF SERVICE

      I hereby certify that this document was filed electronically on May 14, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By:   /s/ Bradley L. Henry
      Bradley L. Henry