UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:16-CR-20 |
| ) | |
| MARK HAZELWOOD ) | Judge Collier |
| SCOTT WOMBOLD ) | |
| HEATHER JONES ) | |

## SCHEDULING ORDER

Before the Court is a motion by the United States (the "Government") to modify the Scheduling Order (Doc. 1004) by extending the deadlines for motions under Rule 12(b)(3) of the Federal Rules of Criminal Procedure by approximately one month. (Doc. 1014.) The Government requests an extension because one of its attorneys, David Lewen, is lead prosecutor for a complex, multi-defendant criminal trial scheduled to begin on July 7, 2021, in the Knoxville Division of this Court. (*Id.*) That trial is expected to last between four and six weeks. (*Id.*) Defendants do not oppose the Government's motion. (*Id.*)

For good cause shown, the motion (Doc. 1014) is **GRANTED**. Paragraph 2(b) of the Scheduling Order (Doc. 1004) is **AMENDED** as follows:

> ***Pretrial Motions Under Fed. R. Crim. P. 12(b)(3):*** All motions under Fed. R. Crim. P. 12(b)(3) shall be filed on or before **August 2, 2021**. Responses shall be filed on or before **September 2, 2021**. Replies shall be filed on or before **September 23, 2021**. If the Court determines a hearing is necessary, a hearing will be held on or about **October 21, 2021**.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**