

# United States Department of Justice

United States Attorney
Eastern District of Tennessee

Headquarters: 800 Market Street, Suite 211
Knoxville, Tennessee 37904
865.545.4167
www.usdoj.gov/usao/tne

| | |
|---|---|
| 1110 Market Street, Suite 515<br>Chattanooga, Tennessee 37402<br>423.752.5140 | 220 West Depot Street, Suite 423<br>Greeneville, Tennessee 37743<br>423.639.6759 |

June 15, 2017

(Letter 5)

<u>Sent by FedEx and email</u>

All Defense Counsel
(Distribution list below)

Re: *United States v. Hazelwood, et al.*, Docket No. 3:16-CR-20
Continuation of 1/9/17 – 6/16/17 Rolling Production Period

Government's Designation of Excerpts from Consensual Recordings and Transcripts Originally Produced on April 8, 2016 (Production Letter 7) for Potential Use as Case-in-Chief Trial Exhibits

Dear Counsel:

Pursuant to the Court's scheduling order (R. 69), with this letter, the United States continues its rolling production/designation of material to be produced/designated to defendants during the period January 9, 2017, through June 16, 2017 (the "Rolling Production Period").

This letter relates to material that the United States has identified for possible use as case-in-chief trial exhibits and includes intrinsic acts evidence within the meaning of *United States v. Edmond*, 815 F.3d 1032 (6th Cir. 2016).[1] Please note that the government's designation of material, including recording and transcript excerpts, during the Rolling Production Period does not constitute a representation that the government will in fact offer all of the designated material as case-in-chief trial exhibits.

---

[1] Vacated on other grounds by *Edmond v. United States*, 2017 WL 1366701 (April 17, 2017), and remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Dean v. United States*, 581 U.S. ——, 137 S.Ct. 1170, —— L.Ed.2d —— (2017).

All counsel of record
*U.S. v. Hazelwood, et al.*, Docket No. 3:16-CR-20
June 15, 2017
Letter 5

    For potential use as case-in-chief trial exhibits, the government designates the following excerpts from the transcripts and the corresponding portions of the consensual recordings themselves originally produced to defendants on April 8, 2016 (Production Letter 7):[2]

| DESIGNATION NO. | PDF FILE NAME/ "USA-TRX" CITATION |
|---|---|
| 1 | 1D-49_Disc 1 of 2.pdf<br><br>USA-TRX-000216<br>(lines 970-971) |
| 2 | 1D-50_Disc 1 of 2.pdf<br><br>USA-TRX-000292-000295<br>(lines 44-168) |
| 3 | 1D-50_Disc 1 of 2.pdf<br><br>USA-TRX-000303<br>(lines 502-544) |
| 4 | 1D-50_Disc 1 of 2.pdf<br><br>USA-TRX-000309-000312<br>(lines 743-870) |
| 5 | 1D-50_Disc 1 of 2.pdf<br><br>USA-TRX-000317-000318<br>(lines 1065-1116) |
| 6 | 1D-50_Disc 1 of 2.pdf<br><br>USA-TRX-000320-000321<br>(lines 1198-1239) |
| 7 | 1D-50_Disc 1 of 2.pdf<br><br>USA-TRX-000333<br>(lines 1714-1728) |
| 8 | 1D-50_Disc 1 of 2.pdf<br><br>USA-TRX-000334-000336<br>(lines 1753-1824) |
| 9 | 1D-50_Disc 2 of 2.pdf<br><br>USA-TRX-000446-000448<br>(lines 3584-3689) |

---

[2] Please be advised that all designations by the government during the Rolling Production Period have been made in good faith for the purpose of complying with the Court's scheduling order (R. 69), but have been made without knowing how defendants intend to defend the superseding indictment. Accordingly, the government reserves the right to supplement its designations with additional non-designated material, including recordings and transcripts, produced in discovery in response to defenses raised by defendants.

2

All counsel of record
*U.S. v. Hazelwood, et al.*, Docket No. 3:16-CR-20
June 15, 2017
Letter 5

| DESIGNATION NO. | PDF FILE NAME/ "USA-TRX" CITATION |
|---|---|
| 10 | 1D-50_Disc 2 of 2.pdf<br><br>USA-TRX-000484-000485 (lines 5104-5168) |
| 11 | 1D-51_Sessions 1 – 4.pdf<br><br>USA-TRX-000505-000507 (lines 178-237) |
| 12 | 1D-51_Sessions 1 – 4.pdf<br><br>USA-TRX-000514-000515 (lines 512-547) |
| 13 | 1D-51_Sessions 1 – 4.pdf<br><br>USA-TRX-000541-000542 (lines 1521-1571) |
| 14 | 1D-51_Sessions 1 – 4.pdf<br><br>USA-TRX-000559-000560 (lines 2214-2233) |
| 15 | 1D-54_Session 2.pdf<br><br>USA-TRX-000591-000595 (lines 74-255) |
| 16 | 1D-54_Sessions 4 5 6.pdf<br><br>USA-TRX-000718 (lines 1610-1622) |
| 17 | 1D-54_Sessions 4 5 6.pdf<br><br>USA-TRX-000719-000728 (lines 1647-2030) |
| 18 | 1D-54_Sessions 4 5 6.pdf<br><br>USA-TRX-000731-000737 (lines 2152-2376) |
| 19 | 1D-54_Sessions 4 5 6.pdf<br><br>USA-TRX-000772 (lines 3719-3734) |
| 20 | 1D-54_Sessions 4 5 6.pdf<br><br>USA-TRX-000778-000780 (lines 3941-4010) |

3

All counsel of record
*U.S. v. Hazelwood, et al.*, Docket No. 3:16-CR-20
June 15, 2017
Letter 5

| DESIGNATION NO. | PDF FILE NAME/ "USA-TRX" CITATION |
|---|---|
| 21 | 1D-54_Sessions 4 5 6.pdf<br><br>USA-TRX-000781<br>(lines 4036-4059) |
| 22 | 1D-55_Disc 1 of 2_Sessions 1 – 4.pdf<br><br>USA-TRX-000810-000814<br>(lines 596-784) |
| 23 | 1D-55_Disc 1 of 2_Sessions 1 – 4.pdf<br><br>USA-TRX-000824-000825<br>(lines 1145-1200) |
| 24 | 1D-58_Disc 2 of 2_Session 6.pdf<br><br>USA-TRX-000883-000885<br>(lines 1-90) |
| 25 | 1D-66.pdf<br><br>USA-TRX-000927<br>(lines 52-68) |
| 26 | 1D-66.pdf<br><br>USA-TRX-000927-000928<br>(lines 70-114) |
| 27 | 1D-66.pdf<br><br>USA-TRX-000929 - 000932<br>(lines 117-255) |
| 28 | 1D-66.pdf<br><br>USA-TRX-000933-934<br>(lines 294-320) |
| 29 | 1D-69.pdf<br><br>USA-TRX-000940-000946<br>(lines 51-268) |
| 30 | 1D-69.pdf<br><br>USA-TRX-000950-000951<br>(lines 412-469) |

4

All counsel of record
*U.S. v. Hazelwood, et al.*, Docket No. 3:16-CR-20
June 15, 2017
Letter 5

| DESIGNATION NO. | PDF FILE NAME/ "USA-TRX" CITATION |
|---|---|
| 31 | 1D-70_Session 4.pdf<br><br>USA-TRX-000953-000954 (lines 1-53) |
| 32 | 1D-73_Disc 1 of 2_Session 3.pdf<br><br>USA-TRX-000957-000959 (lines 1-95) |
| 33 | 1D-83.pdf<br><br>USA-TRX-0001005-1007 (lines 1-109) |

In compliance with paragraph M of the Court's Order on Discovery and Scheduling (R. 39), the government suggests that in the near future counsel for the government and representative counsel for the defense establish a plan to satisfy the meet-and-confer process directed by the Court with respect to transcripts.

Please let us know if you have any questions.

Sincerely,

NANCY STALLARD HARR
UNITED STATES ATTORNEY

By: *s/Trey Hamilton*
F. M. (Trey) Hamilton III
David P. Lewen, Jr.
Assistant U.S. Attorneys

5

Case 3:16-cr-00020-CLC-HBG Document 1019-1 Filed 06/07/21 Page 5 of 8 PageID #: 23811

All counsel of record
*U.S. v. Hazelwood, et al.*, Docket No. 3:16-CR-20
June 15, 2017
Letter 5

Distribution List:

Russell Hardin, Jr.
Andy Drumheller
Derek S. Hollingsworth
Jennifer E. Brevorka
Rusty Hardin & Associates LLP
5 Houston Center
1401 McKinney Street Suite 2250
Houston, Texas 77010
rhardin@rustyhardin.com
adrumheller@rustyhardin.com
dhollingsworth@rustyhardin.com
jbrevorka@rustyhardin.com

*Attorneys for Defendant Mark Hazelwood*

John E. Kelly
Lindsey Fetzer
Bass, Berry & Sims, PLC
1201 Pennsylvania Avenue NW, Ste. 300
Washington, D.C. 20004
jkelly@bassberry.com
lfetzer@bassberry.com

Eli Richardson
Bass, Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
erichardson@bassberry.com

*Attorneys for Defendant Scott Wombold*

Roger W. Dickson
Zachary H. Greene
Miller & Martin PLLC
Volunteer Building Suite 1200
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Roger.Dickson@millermartin.com
Zac.Greene@millermartin.com

6

All counsel of record
*U.S. v. Hazelwood, et al.*, Docket No. 3:16-CR-20
June 15, 2017
Letter 5


Daniel P. Griffin
Eileen H. Rumfelt
Miller & Martin PLLC
Regions Plaza Suite 2100
1180 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3407
Danny.Griffin@millermartin.com
Eileen.Rumfelt@millermartin.com

*Attorneys for Defendant John Freeman*


Joseph E. Costner
Sarah Bean Smith
Law Offices of Joseph Costner
315 High Street
Maryville, Tennessee 37804
joecostner@costnergreene.com
sarahsmith@costnergreene.com

*Attorneys for Defendant Vicki Borden*


James P. Fleisher
Joseph C. Oehlers
Michael A. Rieman
Bieser, Greer & Landis LLP
400 PNC Center
6 North Main Street
Dayton, Ohio 45402-1908
jpf@biesergreer.com
jco@biesergreer.com
mar@biesergreer.com

*Attorneys for Defendant John Spiewak*

Richard Tennent
Bell, Tennent & Frogge, PLLC
414 Union Street, Suite 904
Nashville, Tennessee 37219
richard@btflaw.com

All counsel of record
*U.S. v. Hazelwood, et al.*, Docket No. 3:16-CR-20
June 15, 2017
Letter 5

### *Attorneys for Defendant Katy Bibee*

Ben Vernia
The Vernia Law Firm
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20004
bvernia@vernialaw.com

Cullen Wojcik
Law Office of Cullen M. Wojcik
422 South Gay Street, Ste. 302
Knoxville, Tennessee 37902
wojciklaw@gmail.com

### *Attorneys for Defendant Heather Jones*

Jonathan D. Cooper
Whitt, Cooper, Trant & Hedrick
607 Market Street, Suite 1100
Knoxville, Tennessee 37902
cooper@knoxdefense.com

Sarah Compher-Rice
Oberman & Rice
550 Main Street, Suite 730
Knoxville, Tennessee 37902
sara@tndui.com

### *Attorneys for Defendant Karen Mann*