UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:16-CR-20 |
| | ) | |
| MARK HAZELWOOD | ) | Judge Collier |
| SCOTT WOMBOLD | ) | |
| HEATHER JONES | ) | |

# SCHEDULING ORDER

Before the Court is a motion by Defendants Mark Hazelwood, Scott Wombold, and Heather Jones to modify the Scheduling Order (Doc. 1004). (Doc. 1022.) Defendants have filed motions to disqualify (Docs. 1006, 1009) and a motion for change of venue (Doc. 1011), to which the United States (the "Government") has responded (Docs. 1019, 1020). Per the Scheduling Order, Defendants have until June 14, 2021, to file replies to the Government's responses. (Doc. 1004.) Defendants ask the Court to extend their reply deadline to June 18, 2021, to provide them adequate time to review and respond to the Government's responses. (Doc. 1022.) The Government does not oppose Defendants' motion. (*See id.*)

For good cause shown, the motion (Doc. 1022) is **GRANTED**. Paragraph 2(a) of the Scheduling Order (Doc. 1004) is **AMENDED** as follows:

> *Motions for Change of Venue or Recusal:* All motions for change of venue or recusal shall be filed on or before **May 14, 2021**. Responses shall be filed on or before **June 7, 2021**. Replies shall be filed on or before **June 18, 2021**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**