UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>MARK HAZELWOOD,<br><br>                      Defendant. | **MOTION TO DISMISS COUNT 8**<br><br>No. 3:16-CR-20<br>Judge Curtis L. Collier<br>Magistrate Judge H. Bruce Guyton |

Defendant Mark Hazelwood respectfully moves this Court, before the Honorable Curtis L. Collier, for an Order dismissing Count 8 of the Amended Superseding Indictment pursuant to Federal Rule of Criminal Procedure Rule 12(b)(3). In support of this motion, Defendant submits the following documents:

1. Memorandum of Law in Support of Rule 12(b)(3) Motion to Dismiss Count 8 of the Indictment.

2. Declaration of Jim Walden and supporting exhibit.

Date: June 25, 2021

/s/ Jim Walden
Jim Walden (Admitted *Pro Hac Vice*)
Georgia Winston (Admitted *Pro Hac Vice*)
WALDEN MACHT & HARAN LLP
250 Vesey Street, 27th Floor
New York, New York 10281
(212) 335-2030
jwalden@wmhlaw.com
gwinston@wmhlaw.com

/s/ Bradley L. Henry
Bradley L. Henry (BPR # 025447)
MICHELMAN & ROBINSON LLP
800 3rd Avenue, 24th Floor
New York, NY 10016
(212) 730-7700 (T)
(212) 730-7725 (F)
bhenry@mrllp.com

| | |
|---|---|
| /s/ Nicholas J. Lewin | /s/ Robert M. Cary |
| Nicholas J. Lewin (Admitted *Pro Hac Vice*) | Robert M. Cary (Admitted *Pro Hac Vice*) |
| KRIEGER KIM & LEWIN LLP | WILLIAMS & CONNOLLY LLP |
| 500 Fifth Avenue, 34th Floor | 725 Twelfth Street, N.W. |
| New York, NY 10110 | Washington, D.C. 20005 |
| (212) 390-9559 | (202) 434-5175 |
| Nick.Lewin@KKLllp.com | rcary@wc.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed electronically on June 25, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      By:   /s/ Bradley L. Henry
            Bradley L. Henry