UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:16-CR-20 |
| ) | |
| MARK HAZELWOOD ) | Judge Collier |
| SCOTT WOMBOLD ) | |
| HEATHER JONES ) | |

# **O R D E R**

Before the Court is a motion by the United States (the "Government") to dismiss the remaining charges in the Amended Superseding Indictment (Doc. 182), namely Counts One, Two Eight, and Fourteen, under Rule 48(a) of the Federal Rules of Criminal Procedure. (Doc. 1047.)

Rule 48(a) states that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." As the Government points out, the main purpose of requiring a court's leave to dismiss criminal charges is to protect criminal defendants against prosecutorial harassment through the repeated bringing and dismissing of charges. (Doc. 1047 at 1–2 (quoting *United States v. Fokker Servs. B.V.*, 818 F.3d 733, 742 (D.C. Cir. 2016) and *United States v. Stapleton*, 297 F. App'x 413, 431 (6th Cir. 2008).) The Government argues it meets that standard here because it has no intention of recharging these Defendants and is willing to dismiss these charges with prejudice. (Doc. 1047 at 3.) The Government further states its "understanding that counsel for all defendants consent to the dismissal of the remaining charges in the indictment." (*Id.* at 4.) Defendant Heather Jones has filed a notice of concurrence with the motion. (Doc. 1049.)

For good cause shown, the Government's motion to dismiss (Doc. 1047) is **GRANTED**. It is hereby **ORDERED** that all remaining counts in the Amended Superseding Indictment (Doc.

182) are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **DENY AS MOOT** all other motions currently pending in the case.

    **SO ORDERED.**

    **ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**